**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Knighthouse Media, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  S&R Media Corp.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2805739** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **150 N. Michigan Ave.** <br> **Chicago, IL 60601** <br> Number, Street, City, State & ZIP Code | **830 W. Route 22 #104** <br> **Lake Zurich, IL 60047** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://www.knighthousemedia.com/**

6. **Type of debtor**

☐ ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Knighthouse Media, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7319**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    **Knighthouse Media, Inc.**                                           Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____
                               Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes.    Insurance agency _____
                Contact name _____
                Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Knighthouse Media, Inc.**                            Case number (*if known*) _____
_____
Name

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  2, 2020**
MM / DD / YYYY

X _____         **Korry Stagnito**
Signature of authorized representative of debtor         Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**    X _____         Date **October  2, 2020**
Signature of attorney for debtor         MM / DD / YYYY

**Marc S. Casarino 3613**
Printed name

**White and Williams LLP**
Firm name

**600 N. King Street, Suite 800**
**Courthouse Square**
**Wilmington, DE 19801-3722**
Number, Street, City, State & ZIP Code

Contact phone    **302.467.4520**        Email address    **casarinom@whiteandwilliams.com**

**3613 DE**
Bar number and State

| Debtor | **Knighthouse Media, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  2, 2020**
                         MM / DD / YYYY

X _____          **Korry Stagnito**
   Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Marc S. Casarino**                          Date **October  2, 2020**
   Signature of attorney for debtor                              MM / DD / YYYY

**Marc S. Casarino 3613**
Printed name

**White and Williams LLP**
Firm name

**600 N. King Street, Suite 800**
**Courthouse Square**
**Wilmington, DE 19801-3722**
Number, Street, City, State & ZIP Code

Contact phone    **302.467.4520**          Email address    **casarinom@whiteandwilliams.com**

**3613 DE**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Knighthouse Media, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CDW Direct Post Office Box 75723 Chicago, IL 60675** | | | | | | $848.32 |
| **ComEd Post Office Box 6111 Carol Stream, IL 60197-6111** | 1-877-426-6331 | | | | | $816.34 |
| **Computer Fulfillment, Inc 24 Cook Street Billerica, MA 01821** | | | | | | $10,085.00 |
| **Crowe LLP Post Office Box 71570 Chicago, IL 60694-1570** | 800-599-2304 | | | | | $7,143.10 |
| **Cummings Properties, LLC 200 West Cummings Park Attn: David Blumberg, Operations Manager and Mary C, Carroll, Sr. Account Manager Woburn, MA 01801-6396** | **David Blumberg, Operations Manager** (781) 935-8000 | **Office lease for 100 Cummings Center, Suite 316-C, Beverly, MA** | **Unliquidated** | | | $17,370.00 |
| **DeLage Landen Financial Services, Inc. Post Office Box 41602 Philadelphia, PA 19101-1602** | | | | | | $2,283.32 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Knighthouse Media, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45263** | **Lucy Kita** **LucyKita@53.com** | **PPP Loan (Forgiveness to be requested)** | **Contingent** | | | $818,630.00 |
| **Foleon Inc. 228 East 45th Street, Suite 9E New York, NY 10017** | | | | | | $1,350.00 |
| **Joyce Inc. 38 Southern Avenue, Suite 1 Pittsburgh, PA 15211** | **(412) 894-8783** | | | | | $4,000.00 |
| **Kaufman Dolowich Voluck LLP 135 Crossways Park Drive Suite 201 Woodbury, NY 11797** | **(516) 681-1100** | | | | | $4,465.72 |
| **Marlin Business Bank Post Office Box 13604 Philadelphia, PA 19101-3604** | | | | | | $513.20 |
| **Martin Grist 900 W. Dakin Street Apartment 3 Chicago, IL 60613** | | | | | | $1,000.00 |
| **PGI/Premier Global Services 2300 Lakeview Parkway Suite 500 Alpharetta, GA 30009-3945** | **(800) 952-9108** | | | | | $1,713.12 |
| **Quad/Graphics Inc. Post Office Box 644840 Pittsburgh, PA 15264-4840** | **888-782-3226** | | | | | $9,116.64 |
| **SPUS8 150 NMA, LP c/o CBRE, Inc. 150 N. Michigan Avenue, Suite 350 Attn: Richard Similio, RPA, General Mana Chicago, IL 60601** | **Richard Similio, General Manager** **richard.similio@cbre.com** | **Office lease for 150 N. Michigan Avenue, Chicago, IL** | **Unliquidated** | | | $78,191.88 |

Debtor    **Knighthouse Media, Inc.**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Staffmark Investment, LLC Post Office Box 734575 Chicago, IL 60673-4575** | | | | | | **$11,500.00** |
| **Three Crowns Holdings Ltd. Cringleford Business Centre, Suite 9a Intwood Road Cringleford Norwich NR4 6AU, UK** | **c/o Steven N. Malitz, Esq. steven.malitz@saul .com 312-876-7134** | **Unsecured promissory note** | | | | **$265,625.00** |
| **United Healthcare Insurance Company Post Office Box 94017 Palatine, IL 60094-4017** | **1-844-761-9426** | **Insurance** | | | | **$10,890.10** |
| **XO Communications VERIZON Post Office Box 15043 Albany, NY 12212-5034** | | | | | | **$2,140.18** |
| **Zoominfo/DiscoverO rg Dept LA 24789 Pasadena, CA 91185-4789** | **866-904-9666** | | | | | **$10,467.86** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

## United States Bankruptcy Court
### District of Delaware

In re   **Knighthouse Media, Inc.**

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  2, 2020**

**Korry Stagnito/Chief Executive Officer**
Signer/Title

# United States Bankruptcy Court
## District of Delaware

In re   **Knighthouse Media, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Knighthouse Media, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Media Grower, LLC**
**c/o Korry Stagnito**
**475 East Lake Shore Drive**
**Barrington, IL 60010**

**SGH GFX IRREVOCABLE TRUST**
**c/o Benjamin N. Feder, Trustee**
**Strauss Malk & Feder LLP**
**135 Revere Drive**
**Northbrook, IL 60062**

☐ None [*Check if applicable*]

**October  2, 2020**

Date

**/s/ Marc S. Casarino**

**Marc S. Casarino 3613**

Signature of Attorney or Litigant
Counsel for   **Knighthouse Media, Inc.**

**White and Williams LLP**

**600 N. King Street, Suite 800**
**Courthouse Square**
**Wilmington, DE 19801-3722**
**302.467.4520**
**casarinom@whiteandwilliams.com**

# United States Bankruptcy Court
## District of Delaware

In re  **Knighthouse Media, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence Aylward** | Common | **14.29** | |
| **Media Grower, LLC**<br>**c/o Korry Stagnito**<br>**475 East Lake Shore Drive**<br>**Barrington, IL 60010** | Common | **100.00** | |
| **SGH GFX IRREVOCABLE TRUST**<br>**c/o Benjamin N. Feder, Trustee**<br>**Strauss Malk & Feder LLP**<br>**135 Revere Drive**<br>**Northbrook, IL 60062** | Common | **140.96** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October  2, 2020**

Signature

**Korry Stagnito**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**JOINT UNANIMOUS WRITTEN CONSENT**

**OF THE SOLE DIRECTOR AND THE STOCKHOLDERS OF**

**KNIGHTHOUSE MEDIA INC.**

**September [__], 2020**

The undersigned, being all of the stockholders (the "Stockholders") and the sole member of the board of directors (the "Board") of **KNIGHTHOUSE MEDIA INC.**, a Delaware corporation (the "Corporation"), acting in lieu of a meeting pursuant to the General Corporation Law of the State of Delaware, do hereby consent to and adopt, as the actions of the Stockholders and the Board of the Corporation, the following resolutions:

**WHEREAS,** it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to Title 11 of the United States Code; and

**WHEREAS,** such action is authorized by laws of the State of Delaware and not prohibited by the By-Laws of the Corporation;

**NOW, THEREFORE BE IT**

**RESOLVED,** that in the judgment of the Stockholders and Board of the Corporation, it is in the best interests of the Corporation, its creditors, employees and other interested parties that a voluntary petition be filed in the Bankruptcy Court pursuant to Chapter 7 or 11 of Title 11 of the United States Code; and

**RESOLVED,** that Korry Stagnito, Chief Executive Officer of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 or 11 voluntary bankruptcy case on behalf of the Corporation; and it is further

**RESOLVED,** that Korry Stagnito, Chief Executive Officer of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and it is further

RESOLVED, that that Korry Stagnito, Chief Executive Officer of the Corporation, is authorized and directed to employ the law firm of White and Williams LLP to represent the Corporation in such bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the date set forth above.

**STOCKHOLDERS:**

MEDIA GROWER LLC

By: _____
Name:  Korry Stagnito
Title:   Chief Executive Officer
Date: _____

SGH GFX IRREVOCABLE TRUST
u/a/d 11/2/15

By: _____
Name:  Benjamin N. Feder
Title:   Trustee
Date:  9-29-2020

_____
Larry Aylward
Date: _____

**BOARD:**

_____
Korry Stagnito
Date: _____

RESOLVED, that that Korry Stagnito, Chief Executive Officer of the Corporation, is authorized and directed to employ the law firm of White and Williams LLP to represent the Corporation in such bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the date set forth above.

**STOCKHOLDERS:**

MEDIA GROWER LLC

By: _____
Name:  Korry Stagnito
Title:   Chief Executive Officer
Date:  **9/29/2020**

SGH GFX IRREVOCABLE TRUST
u/a/d 11/2/15

By: _____
Name:  Benjamin N. Feder
Title:   Trustee
Date: _____

_____
Larry Aylward
Date: _____

**BOARD:**

_____
Korry Stagnito
Date:  **9/29/2020**

RESOLVED, that that Korry Stagnito, Chief Executive Officer of the Corporation, is authorized and directed to employ the law firm of White and Williams LLP to represent the Corporation in such bankruptcy case.

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the date set forth above.

**STOCKHOLDERS:**

MEDIA GROWER LLC

By: _____
Name:  Korry Stagnito
Title:   Chief Executive Officer
Date: _____

SGH GFX IRREVOCABLE TRUST
u/a/d 11/2/15

By: _____
Name:  Benjamin N. Feder
Title:    Trustee
Date: _____

_____
Larry Aylward
Date: _9-30-20_

**BOARD:**

_____
Korry Stagnito
Date: _____

-2-

**Knighthouse Media Inc**
09/10/20
04:16 PM
**Consolidated Report**
*Balance Sheet*
For Trailing 13 Months Ending July 31, 2020

| | December | January | February | March | April | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | |
| Cash | $195,020 | $168,207 | $289,046 | $178,989 | $843,087 | $583,619 | $401,919 | $248,540 |
| Accounts Receivable | 590,839 | 418,153 | 396,958 | 276,703 | 243,888 | 197,239 | 142,813 | 140,024 |
| Allowance for Doubtful Accounts | (48,262) | (47,714) | (47,448) | (47,448) | (46,748) | (43,223) | (37,688) | (50,868) |
| Accounts Receivable - NET | 542,577 | 370,439 | 349,510 | 229,255 | 197,140 | 154,016 | 105,125 | 89,156 |
| Other Receivable | (9,089) | (9,507) | (9,351) | (9,733) | (9,733) | (9,353) | (9,353) | (9,353) |
| Intercompany Net | 93,509 | | | | | | | |
| Prepaid Expenses and deposits | 106,434 | 113,248 | 108,677 | 96,331 | 90,702 | 89,436 | 79,219 | 57,383 |
| **Total Current Assets** | **928,451** | **642,387** | **737,882** | **494,842** | **1,121,196** | **817,718** | **576,910** | **385,726** |
| Fixed Assets | 550,866 | 535,981 | 535,981 | 535,981 | 535,981 | 545,981 | 545,981 | 546,829 |
| Depreciation | (511,040) | (498,347) | (501,275) | (503,705) | (505,776) | (507,821) | (510,120) | (511,946) |
| **Total Long Term Assets** | **39,826** | **37,634** | **34,706** | **32,276** | **30,205** | **38,160** | **35,861** | **34,883** |
| **Total Assets** | **$968,277** | **$680,021** | **$772,588** | **$527,118** | **$1,151,401** | **$855,878** | **$612,771** | **$420,609** |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | 125,242 | 130,833 | 159,499 | 143,032 | 37,428 | 24,295 | 75,986 | 47,444 |
| Accruals | 115,668 | 130,554 | 104,321 | 83,083 | 115,814 | 114,019 | 65,007 | 79,603 |
| Accrued Employment Tax | | | | | | | | |
| Accrued Benefits | | | | | | | | |
| Short Term Debt | 198,407 | 260,688 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 50,000 |
| Deferred Revenue | 22,522 | | 263,579 | 229,246 | 249,673 | 235,013 | 250,220 | 243,217 |
| Net Taxes Due | | | | | | | | |
| Other Liability | 187,848 | 187,738 | 187,628 | 187,518 | 186,878 | 186,237 | 185,597 | 184,957 |
| **Total Current Liabilities** | **649,687** | **709,813** | **965,027** | **892,879** | **839,793** | **809,564** | **826,810** | **605,221** |
| **Long Term Debt** | | | | | | | | |
| Long Term Debt | 375,000 | 390,000 | 374,375 | 358,750 | 343,125 | 327,500 | 311,875 | 281,250 |
| Long Term INT | | | | | | | | |
| Payroll Protection Plan | | | | | 818,630 | 818,630 | 818,630 | 818,630 |
| **Total Long Term Debt** | **375,000** | **390,000** | **374,375** | **358,750** | **1,161,755** | **1,146,130** | **1,130,505** | **1,099,880** |
| **Total Liabilities** | **1,024,687** | **1,099,813** | **1,339,402** | **1,251,629** | **2,001,548** | **1,955,694** | **1,957,315** | **1,705,101** |
| **Shareholders' Equity** | | | | | | | | |
| Common Shares | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Equity | 1,381,123 | 271,376 | 271,376 | 271,376 | 271,376 | 271,376 | 271,376 | 486,376 |
| Retained Earnings | (1,437,631) | (691,268) | (838,291) | (995,985) | (1,121,622) | (1,371,291) | (1,616,010) | (1,770,966) |
| **Total Equity and Retained Earnings** | **(56,408)** | **(419,792)** | **(566,815)** | **(724,509)** | **(850,146)** | **(1,099,815)** | **(1,344,543)** | **(1,284,490)** |
| **Total Liabilities and Equity** | **$968,279** | **$680,021** | **$772,587** | **$527,120** | **$1,151,402** | **$855,879** | **$612,772** | **$420,611** |

Knighthouse Media Inc
**Consolidated Report**
*Income Statement*
*For the Month Ending July 31, 2020*

09/09/20
08:16 PM

| | January | February | March | April | May | June | July | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| *Publications* | | | | | | | | |
| Profile Revenue | $107,064 | $241,790 | $95,432 | $80,470 | $35,357 | $30,684 | $61,030 | $651,826 |
| Reprints | 4,954 | 1,504 | | 750 | | | | 7,208 |
| *Web & Digital* | | | | | | | | |
| Digital Issue Revenue | | 19,000 | 8,000 | 5,998 | 10,000 | 4,441 | | 47,439 |
| eNewsletter Revenue | | 950 | 5,800 | 2,550 | 6,400 | 2,000 | | 17,700 |
| eBlasts | | 4,330 | 4,500 | 4,330 | 4,330 | | 11,330 | 34,624 |
| Web / Online Advertisement | 39,854 | 27,642 | 34,459 | 18,814 | 7,067 | 10,214 | 2,714 | 140,764 |
| *Other* | | | | | | | | |
| Other | (1,521) | | 61 | | | 154 | | (1,307) |
| | | | | | | | | |
| **Total Revenue** | 150,351 | 295,216 | 148,251 | 112,912 | 68,957 | 47,492 | 75,074 | 898,253 |
| | | | | | | | | |
| **Cost of Sales** | | | | | | | | |
| *Editorial* | | | | | | | | |
| Salary | 25,003 | 25,063 | 22,103 | 19,906 | 22,103 | 22,103 | 22,103 | 158,383 |
| | | | | | | | | |
| **Total Editorial Expense** | 25,003 | 25,063 | 22,103 | 19,906 | 22,103 | 22,103 | 22,103 | 158,383 |
| | | | | | | | | |
| *Production* | | | | | | | | |
| Salary | 19,083 | 17,666 | 12,470 | 10,307 | 12,470 | 11,955 | 10,880 | 94,832 |
| Custom Publishsing Expense | 250 | 250 | 250 | 250 | 250 | 250 | 1,450 | 2,950 |
| Paper&Printing&Binding | 9,200 | 9,722 | 2,231 | | | | | 21,153 |
| Magazine Postage | 413 | 429 | 760 | | | | | 1,602 |
| Reprint Expenses | | 940 | 185 | | | | | 1,125 |
| | | | | | | | | |
| **Total Production Expense** | 28,946 | 29,007 | 15,896 | 10,557 | 12,720 | 12,205 | 12,330 | 121,663 |
| | | | | | | | | |
| *Circulation* | | | | | | | | |
| Circulation Fulfillment | 5,599 | 14,359 | 11,024 | 7,997 | 11,652 | 7,482 | 8,557 | 66,669 |
| Miscellaneous Expense | | | | | 6,000 | | | 6,000 |
| | | | | | | | | |
| **Total Circulation Expense** | 5,599 | 14,359 | 11,024 | 7,997 | 17,652 | 7,482 | 8,557 | 72,669 |
| | | | | | | | | |
| *Sales* | | | | | | | | |
| Salary | 148,606 | 119,365 | 84,844 | 55,823 | 81,699 | 71,836 | 36,293 | 598,465 |
| Commissions Expense | 29,941 | 21,126 | 7,106 | 9,646 | 2,506 | 4,837 | 2,319 | 77,482 |
| Bonus | 9,175 | 11,350 | 2,129 | 1,630 | 370 | | | 24,654 |
| | | | | | | | | |
| **Total Sales Expense** | 187,722 | 151,841 | 94,079 | 67,099 | 84,574 | 76,672 | 38,613 | 700,600 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| *Promotion/Marketing* |  |  |  |  |  |  |  |  |
| Salary | 6,785 | 9,644 | 7,049 | 3,072 | 4,956 | 4,356 | 3,776 | 39,638 |
| Miscellaneous Expense | 2,305 | 2,305 | 2,305 | 2,305 | 2,305 |  | (1,691) | 9,833 |
| **Total Promotion/Marketing Expense** | 9,090 | 11,949 | 9,354 | 5,377 | 7,261 | 4,356 | 2,085 | 49,471 |
| *Web/Digital* |  |  |  |  |  |  |  |  |
| Web/Digital Expense | 4,530 | 110 | 597 | 103 | 3,303 | 213 | 987 | 9,843 |
| **Total Web/Digital Expense** | 4,530 | 110 | 597 | 103 | 3,303 | 213 | 987 | 9,843 |
| *Other Expense* |  |  |  |  |  |  |  |  |
| Other | 1,871 | 1,435 | 1,169 | 491 | 137 | 179 | 408 | 5,690 |
| **Total Other Expense** | 1,871 | 1,435 | 1,169 | 491 | 137 | 179 | 408 | 5,690 |
| **Total Cost of Sales** | 262,761 | 233,765 | 154,222 | 111,530 | 147,750 | 123,210 | 85,082 | 1,118,320 |
| Gross Margin | (112,410) | 61,451 | (5,971) | 1,382 | (78,793) | (75,718) | (10,008) | (220,067) |
| ***Overhead*** |  |  |  |  |  |  |  |  |
| *General Expenses* |  |  |  |  |  |  |  |  |
| Overhead Salary | 29,474 | 36,056 | 25,987 | 23,018 | 25,361 | 31,232 | 31,601 | 202,729 |
| Overhead Salary - Officers | 23,780 | 18,958 | 18,750 | 19,426 | 42,802 | 39,532 | 34,208 | 197,457 |
| Employment Taxes | 41,902 | 32,891 | 16,716 | 11,838 | 17,196 | 15,374 | 10,678 | 146,596 |
| Benefits | 10,565 | 12,938 | 11,956 | 1,229 | 7,269 | 11,212 | (8,797) | 44,939 |
| Payroll Process Expense | 878 | 2,783 | 1,560 | (204) | 1,414 | 1,744 | 1,212 | 10,821 |
| Travel | 4,502 | 5,518 | 940 | 384 | 75 | (2,212) | 1,835 | 11,042 |
| Bank/Credit Card Service Fees | 3,688 | 8,539 | 6,581 | 3,291 | 3,782 | 2,566 | 4,035 | 32,483 |
| Insurance | 2,951 | 2,591 | 2,771 | 2,509 | 2,795 | 2,831 | 2,771 | 19,218 |
| Recruiting Expense | 1,477 | 97 | 97 | 97 | 97 | 23,097 | 97 | 25,060 |
| Prof Fees - Accounting | 5,980 | 19,078 | (3,429) |  | 5,643 |  |  | 27,272 |
| Prof Fees - Legal | 5,000 | 632 | 225 |  | 65 | 1,800 |  | 7,721 |
| Depreciation | 2,936 | 2,928 | 2,429 | 2,071 | 2,045 | 2,299 | 1,826 | 16,535 |
| Amortization | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 7,909 |
| Miscellaneous General Expenses |  |  | 110 | 11 |  |  | 16 | 137 |
| **General Expenses Total** | 134,264 | 144,138 | 85,824 | 64,801 | 109,674 | 130,605 | 80,613 | 749,919 |
| *Chicago Expenses* |  |  |  |  |  |  |  |  |
| Rent Expense | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 39,047 | 269,672 |
| Office Postage | 567 | 1,771 | 542 | 310 | 190 | 73 | 207 | 3,658 |
| Office Supplies | 179 |  | 211 | 161 |  |  |  | 551 |
| Office Expenditures | 447 | 85 | 400 | 83 | 73 | 52 | 135 | 1,274 |
| Office Equip Rentals | 1,932 | (33) | 1,856 | (824) | 1,097 | 1,074 |  | 6,233 |
| IT Costs | 4,219 | 4,189 | 4,873 | 4,724 | 4,288 | 4,870 | 3,587 | 30,751 |
| Internet | 4,148 | 3,701 | 3,704 | 3,674 | 3,674 | 3,673 | 2,473 | 25,046 |
| Telephone | 5,912 | 4,887 | 4,884 | 5,478 | 3,027 | 3,045 | 3,097 | 30,331 |
| Utilities | 611 | 530 | 435 | 371 | 360 | 383 | 412 | 3,102 |
| CHI Miscellaneous Exp | 9 | (149) | 40 |  |  |  | 7,000 | 6,900 |

|  | 56,462 | 53,417 | 55,382 | 52,416 | 51,147 | 51,607 | 57,089 | 377,519 |
|---|---|---|---|---|---|---|---|---|
| **Total Chicago Overhead Expenses** |  |  |  |  |  |  |  |  |
| ***Boston Expenses*** |  |  |  |  |  |  |  |  |
| Rent Expense | 5,344 | 5,998 | 5,790 | 5,790 | 5,603 | 5,344 | 5,790 | 39,660 |
| Office Supplies | 290 |  |  |  |  |  |  | 290 |
| Office Expenditures | 724 | 816 | 650 |  | 166 | 150 |  | 2,506 |
| Office Equipment Rentals |  | 223 | 257 | 233 | 257 | 223 | 257 | 1,449 |
| Internet | 1,450 | 1,449 | 1,449 | 1,440 | 1,440 | 1,440 | 982 | 9,652 |
| Telephone |  | 988 | 988 | 1,068 | 523 | 527 | 531 | 4,626 |
| Utilities | 141 | 408 | 347 | 233 | 1,028 | 89 | 139 | 2,385 |
| BOS Miscellaneous Exp | 348 |  |  |  |  |  |  | 348 |
| **Total Boston Overhead Expenses** | 8,297 | 9,883 | 9,481 | 8,764 | 9,018 | 7,773 | 7,700 | 60,917 |
| **Total Overhead** | 199,023 | 207,438 | 150,687 | 125,981 | 169,838 | 189,986 | 145,401 | 1,188,355 |
| **EBITDA / CONTRIBUTION** | (311,434) | (145,987) | (156,658) | (124,599) | (248,631) | (265,704) | (155,409) | (1,408,421) |
| Interest | (7) | 1,036 | 1,036 | 1,038 | 1,038 | 1,038 | 1,038 | 6,216 |
| **NBT** | (311,427) | (147,023) | (157,695) | (125,637) | (249,669) | (266,742) | (156,447) | (1,414,638) |
| Estimated Taxes |  |  |  |  |  | (22,013) | (1,500) | (23,513) |
| **NIAT** | (311,427) | (147,023) | (157,695) | (125,637) | (249,669) | (244,729) | (154,947) | (1,391,125) |

09/09/20
08:16 PM

**Knighthouse Media Inc**
Chicago
*Income Statement*
*For the Month Ending July 31, 2020*

| | January | February | March | April | May | June | July | 2020 |
|---|---|---|---|---|---|---|---|---|
| ***Revenue*** | | | | | | | | |
| ***Publications*** | | | | | | | | |
| Profile Revenue: | | | | | | | | |
| 01-4000-00 Profile Advertising Sales - CT, C-BP | | 117,765 | | 50,825 | 15,395 | | | 183,985 |
| 02-4000-00 Profile Advertising Sales - MT, M-BP | 24,195 | | | 29,645 | 6,667 | 6,694 | | 67,201 |
| 03-4000-00 Profile Advertising Sales - FD, RF-BP | 82,869 | | 66,797 | | 3,000 | 9,095 | | 161,761 |
| 04-4000-00 Profile Advertising Sales - E&I, SC-BP | | 124,025 | 28,635 | | 10,295 | 14,895 | 61,030 | 238,880 |
| Total Profile Revenue | 107,064 | 241,790 | 95,432 | 80,470 | 35,357 | 30,684 | 61,030 | 651,826 |
| Reprints: | | | | | | | | |
| 01-4600-00 Reprint/Plaque/PDF Sales - C-BP | 1,700 | | | | | | | 1,700 |
| 02-4600-00 Reprint/Plaque/PDF Sales - M-BP | 3,254 | 1,504 | | 750 | | | | 5,508 |
| Total Reprints | 4,954 | 1,504 | | 750 | | | | 7,208 |
| ***Web & Digital*** | | | | | | | | |
| Digital Issue Revenue: | | | | | | | | |
| 00-4200-00 K-Book | | 19,000 | 8,000 | 5,998 | 10,000 | 4,500 | | 47,498 |
| 03-4710-00 Subscription Sales - RF-BP, FD | | | | | | (59) | | (59) |
| Total Digital Issue Revenue | | 19,000 | 8,000 | 5,998 | 10,000 | 4,441 | | 47,439 |
| eNewsletter Revenue: | | | | | | | | |
| 01-4300-00 eNewsletter - C-BP | | | 800 | 1,850 | | | | 2,650 |
| 03-4300-00 eNewsletter - RF-BP | | | | | | 2,000 | | 2,000 |
| 02-4300-00 eNewsletter - M-BP | | 950 | 2,800 | 700 | 6,400 | | | 10,850 |
| 04-4300-00 eNewsletter - S-BP | | | 2,200 | | | | | 2,200 |
| Total eNewsletter Revenue | | 950 | 5,800 | 2,550 | 6,400 | 2,000 | | 17,700 |
| eBlasts: | | | | | | | | |
| 01-4400-00 Email Blast - C-BP | | | 2,500 | | 7,634 | | 4,500 | 14,634 |
| 02-4400-00 Email Blast - M-BP | | 4,330 | 500 | 4,330 | 2,500 | | 6,830 | 18,490 |
| 03-4400-00 Email Blast - RF-BP | | | 1,500 | | | | | 1,500 |
| 04-4400-00 Email Blast - E&R-BP | | | | | | | | |
| Total eBlasts | | 4,330 | 4,500 | 4,330 | 10,134 | | 11,330 | 34,624 |
| Web / Online Advertisement: | | | | | | | | |
| 01-4900-00 Web Ads - CT, C-BP | 13,254 | 9,667 | 8,164 | 9,064 | 6,400 | 2,714 | 2,714 | 51,977 |

| Account | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| 01-4901-00 Videos - C-BP | | | 500 | | | | | 500 |
| 02-4901-00 Videos - M-BP | | | | | | | | |
| 03-4900-00 Web Ads - FD, RF-BP | 5,250 | 2,900 | 3,600 | 1,600 | | | | 13,350 |
| 02-4900-00 Web Ads - MT, M-BP | 10,850 | 4,075 | 9,595 | 2,750 | 667 | | | 27,937 |
| 04-4800-00 Web Rights/PDF - E&I, SC-BP | 1,200 | | | | | | | 1,200 |
| 04-4900-00 Web Ads - S-BP | 8,500 | 7,700 | 12,600 | 5,400 | | 7,500 | | 41,700 |
| 04-4901-00 Videos - S-BP | | 2,000 | | | | | | 2,000 |
| 05-4900-00 Web Ad - MGT, E&R-BP | | 1,300 | 800 | | | | | 2,100 |
| **Total Web / Online Advertisement** | **39,854** | **27,642** | **34,459** | **18,814** | **7,067** | **10,214** | **2,714** | **140,764** |

### Other

| Account | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| Other: | | | | | | | | |
| 00-4810-00 Content Licensing Income | | | 61 | | | 154 | | 214 |
| 00-4950-00 Miscellaneous Income | (1,521) | | | | | | | (1,521) |
| **Total Other** | **(1,521)** | | **61** | | | **154** | | **(1,307)** |

| | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| **Total Revenue** | **150,351** | **295,216** | **148,251** | **112,912** | **68,957** | **47,492** | **75,074** | **898,253** |

## Cost of Sales

### Editorial

| Account | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| Salary: | | | | | | | | |
| 01-5000-00 Editorial Salaries - C-BP | 5,117 | 5,200 | 5,700 | 5,700 | 5,526 | 5,526 | 5,526 | 38,470 |
| 03-5000-00 Editorial Salaries - RF-BP | 4,983 | 5,067 | 5,567 | 3,369 | 5,526 | 5,526 | 5,526 | 35,604 |
| 04-5000-00 Editorial Salaries - S-BP | 6,544 | 6,606 | 5,251 | 5,251 | 5,526 | 5,526 | 5,526 | 39,955 |
| 02-5000-00 Editorial Salaries - MT-BP | 5,067 | 4,877 | 5,251 | 5,251 | 5,526 | 5,526 | 5,526 | 36,748 |
| 05-5000-00 Editorial Salaries - ER-BP | 3,292 | 3,313 | 333 | 333 | | | | 7,606 |
| **Total Salary** | **25,003** | **25,063** | **22,103** | **19,906** | **22,103** | **22,103** | **22,103** | **158,383** |
| **Total Editorial Expense** | **25,003** | **25,063** | **22,103** | **19,906** | **22,103** | **22,103** | **22,103** | **158,383** |

### Production

| Account | | | | | | | | Total |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| Salary: | | | | | | | | |
| 01-5100-00 Design&Production Salaries - C-Bp | 2,559 | 2,520 | 2,274 | 1,733 | 2,145 | 1,876 | 1,876 | 15,381 |
| 01-8070-00 SLS Admin-Reg/r Earn-CBP | 617 | 356 | | | | | | 972 |
| 02-5100-00 Design&Production Salaries - M-BP | 2,559 | 2,520 | 2,274 | 1,733 | 2,145 | 1,876 | 1,876 | 15,381 |
| 02-8060-00 Prodctn-Adm-Reg Earn-MBP | 641 | 658 | 844 | 844 | 844 | 844 | 844 | 5,518 |
| 02-8070-00 SLS Admin-Reg/r Earn-MBP | 617 | 356 | | | | | | 972 |
| 03-5100-00 Design&Production Salaries - RF-BP | 2,559 | 2,520 | 2,274 | 1,733 | 2,145 | 1,876 | 1,876 | 15,381 |
| 03-8060-00 Prodctn-Adm-Reg Earn-RFBP | 641 | 658 | 844 | 844 | 844 | 844 | 844 | 5,518 |
| 03-8070-00 SLS Admin-Reg/r Earn-RFBP | 617 | 356 | | | | | | 972 |
| 04-5100-00 Design&Production Salaries - S-BP | 2,559 | 2,520 | 2,274 | 1,733 | 2,145 | 1,876 | 1,876 | 15,381 |
| 04-8060-00 Prodctn-Adm-Reg Earn-SBP | 641 | 658 | 844 | 844 | 844 | 844 | 844 | 5,518 |
| 04-8070-00 SLS Admin-Reg/r Earn-SBP | 617 | 356 | | | | | | 972 |
| 01-8060-00 Prodctn-Adm-Reg Earn-CBP | 641 | 658 | 844 | 844 | 844 | 844 | 844 | 5,518 |
| 05-5100-00 Design&Production Salaries - E&R-BP | 2,559 | 2,520 | | | | | | 5,079 |
| 05-8060-00 Prodctn-Adm-Reg Earn-ERBP | 641 | 658 | | | | | | 1,299 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05-8070-00 SLS Admin-Reglr Earn-ERBP | 617 | 356 | | | | | | 972 |
| **Total Salary** | 18,143 | 18,421 | 12,655 | 10,307 | 12,470 | 11,955 | 10,880 | 94,832 |
| Custom Publishing Expense: | | | | | | | | |
| 00-5150-00 Design&Production Freelance | 250 | 250 | 250 | 250 | 250 | 250 | 1,450 | 2,950 |
| Total Custom Publishing Expense | 250 | 250 | 250 | 250 | 250 | 250 | 1,450 | 2,950 |
| Paper&Printing&Binding: | | | | | | | | |
| 01-6002-00 Print Expense - CT, C-BP | | 5,134 | | | | | | 5,134 |
| 02-6002-00 Print Expense - MT, M-BP | 2,500 | (247) | | | | | | 2,253 |
| 02-6003-00 Digital Print Expense - MT, M-BP | 432 | | | | | | | 432 |
| 03-6002-00 Print Expense - FD, RF-BP | 5,800 | (643) | 1,819 | | | | | 6,976 |
| 03-6003-00 Digital Print Expense - FD | 468 | | 312 | | | | | 780 |
| 04-6002-00 Print Expense - E&I, SC-BP | | 4,582 | | | | | | 4,582 |
| 04-6003-00 Digital Print Expense - E&I, SC-BP | | 368 | | | | | | 368 |
| 01-6003-00 Digital Print Expense - CT, C-BP | | 528 | 100 | | | | | 628 |
| Total Paper&Printing&Binding | 9,200 | 9,722 | 2,231 | | | | | 21,153 |
| Magazine Postage: | | | | | | | | |
| 01-7100-00 Mailing costs - CT, C-BP | | 185 | 331 | | | | | 516 |
| 03-7100-00 Mailing costs - FD, RF-BP | 138 | | 147 | | | | | 285 |
| 04-7100-00 Mailing costs - E&I, SC-BP | | 244 | 282 | | | | | 526 |
| 02-7100-00 Mailing costs - MT, M-BP | 275 | | | | | | | 275 |
| Total Magazine Postage | 413 | 429 | 760 | | | | | 1,602 |
| Reprint Expenses: | | | | | | | | |
| 01-6004-00 Reprints - CT, C-BP | 244 | | | | | | | 244 |
| 02-6004-00 Reprints - MT, M-BP | 696 | 185 | | | | | | 881 |
| Total Reprint Expenses | 940 | 185 | | | | | | 1,125 |
| **Total Production Expense** | 28,946 | 29,007 | 15,896 | 10,557 | 12,720 | 12,205 | 12,330 | 121,663 |

*Circulation*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Circulation Fulfillment: | | | | | | | | |
| 00-7160-00 Circulation Fulfillment | 5,599 | 13,109 | 11,024 | 7,997 | 11,652 | 7,482 | 8,557 | 65,419 |
| 01-7160-00 Circulation Fulfillment - C-BP | | 1,250 | | | | | | 1,250 |
| Total Circulation Fulfillment | 5,599 | 14,359 | 11,024 | 7,997 | 11,652 | 7,482 | 8,557 | 66,669 |
| Miscellaneous Expense: | | | | | | | | |
| 03-7190-00 Circulation MISC Exp - RF-BP | | 6,000 | | | | | | 6,000 |
| Total Miscellaneous Expense | | 6,000 | | | | | | 6,000 |

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Total Circulation Expense** | 5,599 | 14,359 | 11,024 | 7,997 | 17,652 | 7,482 | 8,557 | 72,669 |
| ***Sales*** | | | | | | | | |
| Salary: | | | | | | | | |
| 01-8000-00 Sales Salary - C-BP | 35,838 | 26,818 | 18,721 | 7,667 | 15,786 | 17,959 | 9,073 | 131,861 |
| 03-8000-00 Sales Salary - RF-BP | 32,246 | 28,785 | 20,602 | 14,816 | 18,406 | 17,959 | 9,073 | 141,887 |
| 04-8000-00 Sales Salary - S-BP | 34,166 | 27,032 | 23,537 | 18,425 | 26,170 | 17,959 | 9,073 | 156,362 |
| 05-8000-00 Sales Salary - E&R-BP | 9,723 | 9,426 | 736 | 644 | 771 | | | 21,301 |
| 02-8000-00 Sales Salary - M-BP | 36,634 | 27,303 | 21,249 | 14,271 | 20,566 | 17,959 | 9,073 | 147,054 |
| Total Salary | 148,606 | 119,365 | 84,844 | 55,823 | 81,699 | 71,836 | 36,293 | 598,465 |
| Commissions Expense: | | | | | | | | |
| 01-8100-00 SALES-Comm-CBP | 4,371 | 4,222 | 1,191 | 1,514 | 270 | 1,209 | 580 | 13,356 |
| 03-8100-00 SALES-Comm-RFBP | 6,607 | 3,775 | 1,343 | 1,738 | 315 | 1,209 | 580 | 15,568 |
| 04-8100-00 SALES-Comm-SBP | 10,088 | 6,038 | 1,981 | 2,938 | 1,104 | 1,209 | 580 | 23,937 |
| 02-8100-00 SALES-Comm-MBP | 5,363 | 4,246 | 1,828 | 2,238 | 621 | 1,209 | 580 | 16,086 |
| 05-8100-00 SALES-Comm-ERBP | 3,513 | 2,845 | 763 | 1,219 | 195 | | | 8,535 |
| Total Commissions Expense | 29,941 | 21,126 | 7,106 | 9,646 | 2,506 | 4,837 | 2,319 | 77,482 |
| Bonus: | | | | | | | | |
| 00-8110-01 Sales Commission - External -CHI | | 1,400 | 2,129 | | | | | 3,529 |
| 01-8110-01 Sales Commission - External - CBP | | | | 1,630 | | | | 1,630 |
| 02-8110-00 Sales Bonus - M-BP | 1,200 | 590 | | | | | | 1,790 |
| 03-8110-00 Sales Bonus - RF-BP | 1,875 | 590 | | | | | | 2,465 |
| 03-8110-01 Sales Commission - External -RF-BP | | | | | 370 | | | 370 |
| 04-8110-00 Sales Bonus - S-BP | 3,700 | 7,590 | | | | | | 11,290 |
| 01-8110-00 Sales Bonus - C-BP | 1,200 | 590 | | | | | | 1,790 |
| 05-8110-00 Sales Bonus - E&R-BP | 1,200 | 590 | | | | | | 1,790 |
| Total Bonus | 9,175 | 11,350 | 2,129 | 1,630 | 370 | | | 24,654 |
| **Total Sales Expense** | 187,722 | 151,841 | 94,079 | 67,099 | 84,574 | 76,672 | 38,613 | 700,600 |
| ***Promotion/Marketing*** | | | | | | | | |
| Salary: | | | | | | | | |
| 00-7200-00 Promotion/Marketing Costs/Salary | 3,869 | 6,644 | 6,622 | 3,072 | 4,956 | 4,356 | 3,776 | 33,294 |
| 02-7200-00 Promotion Salary - M-BP | 583 | 600 | 107 | | | | | 1,290 |
| 03-7200-00 Promotion Salary - RF-BP | 583 | 600 | 107 | | | | | 1,290 |
| 04-7200-00 Promotion Salary - S-BP | 583 | 600 | 107 | | | | | 1,290 |
| 05-7200-00 Promotion Salary - E&R-BP | 583 | 600 | | | | | | 1,183 |
| 01-7200-00 Promotion Salary - C-BP | 583 | 600 | 107 | | | | | 1,290 |
| Total Salary | 6,785 | 9,644 | 7,049 | 3,072 | 4,956 | 4,356 | 3,776 | 39,638 |
| Miscellaneous Expense: | | | | | | | | |
| 00-7290-00 Promotion MISC Exp - CHI | 1,638 | 1,638 | 1,638 | 1,638 | 1,638 | | (1,691) | 6,500 |

| Account | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50-7290-00 Promotion MISC Exp - BOS | 667 | 667 | 667 | 667 | 667 | | | 3,333 |
| Total Miscellaneous Expense | 2,305 | 2,305 | 2,305 | 2,305 | 2,305 | | (1,691) | 9,833 |
| **Total Promotion/Marketing Expense** | **9,090** | **11,949** | **9,354** | **5,377** | **7,261** | **4,356** | **2,085** | **49,471** |
| *Web/Digital* | | | | | | | | |
| Web/Digital Expense: | | | | | | | | |
| 00-9580-00 Consultants - Digital Media | | | | | 3,000 | | | 3,000 |
| 00-9742-00 Web Site Hosting Fees | 385 | 85 | 85 | 85 | 275 | 82 | 78 | 1,074 |
| 00-9740-00 Web Expense - CHI | 4,145 | 25 | 512 | 18 | 28 | 132 | 909 | 5,769 |
| Total Web/Digital Expense | 4,530 | 110 | 597 | 103 | 3,303 | 213 | 987 | 9,843 |
| **Total Web/Digital Expense** | **4,530** | **110** | **597** | **103** | **3,303** | **213** | **987** | **9,843** |
| *Other Expense* | | | | | | | | |
| Other: | | | | | | | | |
| 00-4009-00 Profile Sales Discount | 1,871 | 1,435 | 1,169 | 491 | 137 | 179 | 408 | 5,690 |
| Total Other | 1,871 | 1,435 | 1,169 | 491 | 137 | 179 | 408 | 5,690 |
| **Total Other Expense** | **1,871** | **1,435** | **1,169** | **491** | **137** | **179** | **408** | **5,690** |
| **Total Cost of Sales** | **262,761** | **233,765** | **154,222** | **111,530** | **147,750** | **123,210** | **85,082** | **1,118,320** |
| **Gross Margin** | **(112,410)** | **61,451** | **(5,971)** | **1,382** | **(78,793)** | **(75,718)** | **(10,008)** | **(220,067)** |
| *Overhead* | | | | | | | | |
| *General Expenses* | | | | | | | | |
| Overhead Salary: | | | | | | | | |
| 00-8095-00 IT Regular Earnings | 6,470 | 6,688 | 6,758 | 6,352 | 5,257 | 12,583 | 14,750 | 58,858 |
| 00-9003-00 Salaries - Admin | 8,192 | 4,697 | 4,083 | 3,833 | 3,833 | 3,833 | 3,833 | 32,306 |
| 09-9003-00 Salaries-Emerging Trands-Admin | | | | | 1,125 | 1,125 | | 2,250 |
| 00-9002-00 Salaries - Accounting | 14,813 | 24,670 | 15,146 | 12,833 | 15,146 | 13,690 | 13,017 | 109,316 |
| Total Overhead Salary | 29,474 | 36,056 | 25,987 | 23,018 | 25,361 | 31,232 | 31,601 | 202,729 |
| Overhead Salary - Officers: | | | | | | | | |
| 00-9001-00 Salaries - Executives | 23,780 | 18,958 | 18,750 | 19,426 | 18,750 | 18,750 | 17,708 | 136,123 |
| 09-9001-00 Salaries-Emerging Trands-Exec | | | | | 24,052 | 20,782 | 16,500 | 61,334 |
| Total Overhead Salary - Officers | 23,780 | 18,958 | 18,750 | 19,426 | 42,802 | 39,532 | 34,208 | 197,457 |

Employment Taxes:

| Account | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00-9006-00 OH Sal Empl Taxes - CHI | 41,902 | 32,891 | 16,716 | 11,838 | 17,196 | 15,374 | 10,678 | 146,596 |
| **Total Employment Taxes** | 41,902 | 32,891 | 16,716 | 11,838 | 17,196 | 15,374 | 10,678 | 146,596 |
| Benefits: | | | | | | | | |
| 00-9010-00 OH Sal Health Bnfts - CHI | 10,565 | 12,938 | 11,956 | (204) | 7,269 | 11,212 | 6,623 | 60,359 |
| 00-9012-00 Vacation Exp - O/H | | | | | | | (15,420) | (15,420) |
| **Total Benefits** | 10,565 | 12,938 | 11,956 | (204) | 7,269 | 11,212 | (8,797) | 44,939 |
| Payroll Process Expense: | | | | | | | | |
| 00-9005-00 Payroll Process Charges | 878 | 2,783 | 1,560 | 1,229 | 1,414 | 1,744 | 1,212 | 10,821 |
| **Total Payroll Process Expense** | 878 | 2,783 | 1,560 | 1,229 | 1,414 | 1,744 | 1,212 | 10,821 |
| Travel: | | | | | | | | |
| 00-9205-00 Refreshments - CHI | 587 | 212 | | | | 59 | 14 | 871 |
| 00-9400-00 Admin Travel - CHI | 716 | 5,000 | 786 | 384 | 75 | (2,271) | 1,821 | 6,511 |
| 00-9401-00 Rental Cars/Taxi | 93 | 20 | | | | | | 113 |
| 00-9410-00 B/Meal - CHI | | | 85 | | | | | 85 |
| 00-9304-00 Car Expense | 2,277 | 139 | | | | | | 2,416 |
| 50-9205-00 Refreshments - BOS | 794 | 147 | 69 | | | | | 1,009 |
| 50-9410-00 B/Meal - BOS | 36 | | | | | | | 36 |
| **Total Travel** | 4,502 | 5,518 | 940 | 384 | 75 | (2,212) | 1,835 | 11,042 |
| Bank/Credit Card Service Fees: | | | | | | | | |
| 00-9901-00 Bank Charges | 934 | 873 | 957 | (50) | 1,040 | 835 | 2,082 | 6,673 |
| 00-9902-00 Credit charges | 2,754 | 7,666 | 5,624 | 3,341 | 2,742 | 1,731 | 1,953 | 25,810 |
| **Total Bank/Credit Card Service Fees** | 3,688 | 8,539 | 6,581 | 3,291 | 3,782 | 2,566 | 4,035 | 32,483 |
| Insurance: | | | | | | | | |
| 00-9150-00 Insurance - CHI | 2,951 | 2,591 | 2,771 | 2,509 | 2,795 | 2,831 | 2,771 | 19,218 |
| **Total Insurance** | 2,951 | 2,591 | 2,771 | 2,509 | 2,795 | 2,831 | 2,771 | 19,218 |
| Recruiting Expense: | | | | | | | | |
| 00-8500-00 Sales/List Gen Recruiting Exp - CHI | 1,477 | 97 | 97 | 97 | 97 | 97 | 97 | 2,060 |
| 00-9008-00 Admin Recruitment Expenses | | | | | | 23,000 | | 23,000 |
| **Total Recruting Expense** | 1,477 | 97 | 97 | 97 | 97 | 23,097 | 97 | 25,060 |
| Prof Fees - Accounting: | | | | | | | | |
| 00-9650-00 Audit and Accountancy Fees | 5,980 | 19,078 | (3,429) | | 5,643 | | | 27,272 |
| **Total Prof Fees - Accounting** | 5,980 | 19,078 | (3,429) | | 5,643 | | | 27,272 |
| Prof Fees - Legal: | | | | | | | | |

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 00-9600-00 Legal Fees - CHI | 5,000 | 632 | 225 | | 65 | 1,800 | | 7,721 |
| Total Prof Fees - Legal | 5,000 | 632 | 225 | | 65 | 1,800 | | 7,721 |
| **Depreciation:** | | | | | | | | |
| 00-9750-00 Depreciation | 2,936 | 2,928 | 2,429 | 2,071 | 2,045 | 2,299 | 1,826 | 16,535 |
| Total Depreciation | 2,936 | 2,928 | 2,429 | 2,071 | 2,045 | 2,299 | 1,826 | 16,535 |
| **Amortization:** | | | | | | | | |
| 00-9756-00 Amortization of Leasehold Imprv.-CHI | 670 | 670 | 670 | 670 | 670 | 670 | 670 | 4,689 |
| 50-9756-00 Amortization of Leasehold Imprv.-BOS | 460 | 460 | 460 | 460 | 460 | 460 | 460 | 3,220 |
| Total Amortization | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 1,130 | 7,909 |
| **Miscellaneous General Expenses:** | | | | | | | | |
| 00-9983-00 Operating Tax Exp - CHI | | | 110 | 11 | | | 16 | 137 |
| Total Miscellaneous General Expenses | | | 110 | 11 | | | 16 | 137 |
| **General Expenses Total** | 134,264 | 144,138 | 85,824 | 64,801 | 109,674 | 130,605 | 80,613 | 749,919 |
| ***Chicago Expenses*** | | | | | | | | |
| **Rent Expense:** | | | | | | | | |
| 00-9100-00 Rent - CHI | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 39,047 | 269,672 |
| Total Rent Expense | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 38,438 | 39,047 | 269,672 |
| **Office Postage:** | | | | | | | | |
| 00-9501-00 Admin Postage - CHI | 567 | 1,771 | 542 | 310 | 190 | 73 | 207 | 3,658 |
| Total Office Postage | 567 | 1,771 | 542 | 310 | 190 | 73 | 207 | 3,658 |
| **Office Supplies:** | | | | | | | | |
| 00-9504-00 Office Stationery - CHI | 179 | | 211 | 161 | | | | 551 |
| Total Office Supplies | 179 | | 211 | 161 | | | | 551 |
| **Office Expenditures:** | | | | | | | | |
| 00-9506-00 Other Office Expenditures-CHI | 447 | 85 | 400 | 83 | 73 | 52 | 135 | 1,274 |
| Total Office Expenditures | 447 | 85 | 400 | 83 | 73 | 52 | 135 | 1,274 |
| **Office Equip Rentals:** | | | | | | | | |
| 00-9700-00 Equipment Rentals | 1,932 | (33) | 1,856 | (824) | 1,097 | 1,074 | 1,131 | 6,233 |
| Total Office Equip Rentals | 1,932 | (33) | 1,856 | (824) | 1,097 | 1,074 | 1,131 | 6,233 |

| | | | | | | | | |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| **IT Costs:** | | | | | | | | |
| 00-9555-00 IT Costs - Consulting - CHI | 652 | 532 | 532 | 532 | 532 | 932 | 500 | 4,212 |
| 00-9561-00 IT- Other Software/Equipment | 2,672 | 2,762 | 3,446 | 2,672 | 2,786 | 2,968 | 2,117 | 19,424 |
| 00-9565-00 IT Costs Softwr/Equipm Maintenance | 895 | 895 | 895 | 1,520 | 970 | 970 | 970 | 7,115 |
| Total IT Costs | 4,219 | 4,189 | 4,873 | 4,724 | 4,288 | 4,870 | 3,587 | 30,751 |
| **Internet:** | | | | | | | | |
| 00-9560-00 Internet Exp - CHI | 4,148 | 3,701 | 3,704 | 3,674 | 3,674 | 3,673 | 2,473 | 25,046 |
| Total Internet | 4,148 | 3,701 | 3,704 | 3,674 | 3,674 | 3,673 | 2,473 | 25,046 |
| **Telephone:** | | | | | | | | |
| 00-9502-00 Admin Telephone - CHI | 5,912 | 4,887 | 4,884 | 5,478 | 3,027 | 3,045 | 3,097 | 30,331 |
| Total Telephone | 5,912 | 4,887 | 4,884 | 5,478 | 3,027 | 3,045 | 3,097 | 30,331 |
| **Utilities:** | | | | | | | | |
| 00-9200-00 Electricity/Utility - CHI | 611 | 530 | 435 | 371 | 360 | 383 | 412 | 3,102 |
| Total Utilities | 611 | 530 | 435 | 371 | 360 | 383 | 412 | 3,102 |
| **CHI Miscellaneous Exp:** | | | | | | | | |
| 00-9505-00 Miscellaneous expense-CHI | 9 | (149) | 40 | | | | 7,000 | 6,900 |
| Total CHI Miscellaneous Exp | 9 | (149) | 40 | | | | 7,000 | 6,900 |
| **Total Chicago Overhead Expenses** | 56,462 | 53,417 | 55,382 | 52,416 | 51,147 | 51,607 | 57,089 | 377,519 |
| ***Boston Expenses*** | | | | | | | | |
| **Rent Expense:** | | | | | | | | |
| 50-9100-00 Rent - BOS | 5,344 | 5,998 | 5,790 | 5,790 | 5,603 | 5,344 | 5,790 | 39,660 |
| Total Rent Expense | 5,344 | 5,998 | 5,790 | 5,790 | 5,603 | 5,344 | 5,790 | 39,660 |
| **Office Supplies:** | | | | | | | | |
| 50-9504-00 Office Stationery - BOS | 290 | | | | | | | 290 |
| Total Office Supplies | 290 | | | | | | | 290 |
| **Office Expenditures:** | | | | | | | | |
| 50-9210-00 Cleaner/maintenance - BOS | 650 | 816 | 650 | | 166 | | | 2,282 |
| 50-9506-00 Other Office Expenditures-bos | 74 | | | | | 150 | | 224 |
| Total Office Expenditures | 724 | 816 | 650 | | 166 | 150 | | 2,506 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| **Office Equipment Rentals:** |  |  |  |  |  |  |  |  |
| 50-9700-00 Equipment Rentals - BOS |  | 223 | 257 | 233 | 257 | 223 | 257 | 1,449 |
| Total Office Equipment Rentals |  | 223 | 257 | 233 | 257 | 223 | 257 | 1,449 |
| **Internet:** |  |  |  |  |  |  |  |  |
| 50-9560-00 Internet Exp - BOS | 1,450 | 1,449 | 1,449 | 1,440 | 1,440 | 1,440 | 982 | 9,652 |
| Total Internet | 1,450 | 1,449 | 1,449 | 1,440 | 1,440 | 1,440 | 982 | 9,652 |
| **Telephone:** |  |  |  |  |  |  |  |  |
| 50-9502-00 Admin Telephone - BOS | 988 | 988 | 988 | 1,068 | 523 | 527 | 531 | 4,626 |
| Total Telephone | 988 | 988 | 988 | 1,068 | 523 | 527 | 531 | 4,626 |
| **Utilities:** |  |  |  |  |  |  |  |  |
| 50-9200-00 Electricity/Utility - BOS | 141 | 408 | 347 | 233 | 1,028 | 89 | 139 | 2,385 |
| Total Utilities | 141 | 408 | 347 | 233 | 1,028 | 89 | 139 | 2,385 |
| **BOS Miscellaneous Exp:** |  |  |  |  |  |  |  |  |
| 50-9505-00 Miscellaneous expense-BOS | 348 |  |  |  |  |  |  | 348 |
| Total BOS Miscellaneous Exp | 348 |  |  |  |  |  |  | 348 |
| **Total Boston Overhead Expenses** | 8,297 | 9,883 | 9,481 | 8,764 | 9,018 | 7,773 | 7,700 | 60,917 |
| Total Overhead | 199,023 | 207,438 | 150,687 | 125,981 | 169,838 | 189,986 | 145,401 | 1,188,355 |
| **EBITDA / CONTRIBUTION** | (311,434) | (145,987) | (156,658) | (124,599) | (248,631) | (265,704) | (155,409) | (1,408,421) |
| **Interest:** |  |  |  |  |  |  |  |  |
| 00-4905-00 Bank Interest Received | (7) | (6) | (6) | (4) | (4) | (4) | (4) | (36) |
| 00-9950-00 Loan Interest Paid |  | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 6,252 |
| Total Interest | (7) | 1,036 | 1,036 | 1,038 | 1,038 | 1,038 | 1,038 | 6,216 |
| **NIBT** | (311,427) | (147,023) | (157,695) | (125,637) | (249,669) | (266,742) | (156,447) | (1,414,638) |
| **Estimated Taxes:** |  |  |  |  |  |  |  |  |
| 00-9980-00 Federal Tax Provision |  |  |  |  |  | (22,013) |  | (22,013) |
| 00-9985-00 State Tax Provision |  |  |  |  |  |  | (1,500) | (1,500) |
| Total Estimated Taxes |  |  |  |  |  | (22,013) | (1,500) | (23,513) |

NIAT

(311,427) (147,023) (157,695) (125,637) (249,669) (244,729) (154,947) (1,391,125)

**KNIGHTHOUSE MEDIA**
**2020 Actual Cash Flow Analysis**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2019 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | |
| Collections | 382,921 | 320,795 | 232,943 | 164,964 | 97,282 | 112,817 | 83,633 | | | | | | 1,395,355 |
| Other | 18,822 | 250,006 | 1,973 | 1,971 | 4 | 25,307 | 4,975 | | | | | | 303,059 |
| Payroll Protection Plan | | | | 818,630 | | | | | | | | | |
| **Total Cash Receipts** | 401,743 | 570,802 | 234,916 | 985,564 | 97,287 | 138,124 | 88,608 | 0 | 0 | 0 | 0 | 0 | 1,698,414 |
| | | | | | | | | | | | | | |
| **Disbursements:** | | | | | | | | | | | | | |
| Magazine Printing/Paper/Digital | 5,861 | 14,428 | 8,797 | 8,490 | | | | | | | | | 37,576 |
| Postage | 1,035 | 1,723 | 1,723 | 395 | 408 | 169 | | | | | | | 5,453 |
| Payroll & Expense Reports | 321,174 | 269,710 | 186,496 | 146,370 | 198,272 | 192,358 | 146,760 | | | | | | 1,461,140 |
| Health & 401(k) Benefits | 2,690 | 27,839 | 20,222 | 13,124 | 25,225 | (2,249) | 14,899 | | | | | | 101,751 |
| Credit Cards | 15,475 | 37,567 | 34,025 | 18,160 | 37,207 | 47,670 | 12,417 | | | | | | 202,521 |
| Rent | 38,557 | 43,891 | 45,227 | 89,300 | 45,740 | 0 | 39,687 | | | | | | 302,403 |
| SPL Payments | | 16,667 | 16,667 | 16,667 | 16,667 | 33,334 | | | | | | | 100,002 |
| Other | 44,412 | 40,114 | 31,814 | 26,462 | 35,735 | 48,543 | 28,223 | | | | | | 255,303 |
| **Total Cash Disbursements** | 429,205 | 451,939 | 344,972 | 318,967 | 359,254 | 319,825 | 241,987 | 0 | 0 | 0 | 0 | 0 | 2,466,149 |
| | | | | | | | | | | | | | |
| **Net Cash Flow** | (27,462) | 118,862 | (110,056) | 666,598 | (261,968) | (181,701) | (153,378) | 0 | 0 | 0 | 0 | 0 | |
| **Beginning Cash** | 197,145 | 169,684 | 288,546 | 178,490 | 845,088 | 583,120 | 401,419 | 248,041 | 248,041 | 248,041 | 248,041 | 248,041 | |
| **Ending Cash Available** | 169,684 | 288,546 | 178,490 | 845,088 | 583,120 | 401,419 | 248,041 | 248,041 | 248,041 | 248,041 | 248,041 | 248,041 | |
| | | | | | | | | | | | | | |
| **Check Closing Balance** | 169,684 | 288,546 | 178,490 | 845,088 | 583,120 | 401,419 | 248,041 | 248,041 | 248,041 | 248,041 | 248,041 | 248,041 | |
| Variance | 0 | (0) | 0 | (0) | 0 | (0) | 0 | 0 | 0 | 0 | 0 | 0 | |

**Crowe**

**Crowe LLP**
Independent Member Crowe Global

May 12, 2020

Knighthouse Media Inc. and Subsidiary
f/k/a S&R Media Corporation and Subsidiary
150 N. Michigan Ave. Suite 900
Chicago, IL 60601

Enclosed are the following corporate returns prepared on behalf of Knighthouse Media Inc. and Subsidiary for the year ended July 31, 2019.

> 2018 U.S. Corporation Income Tax Return
> 2018 IRS e-file Signature Authorization for Form 1120
> 2018 California Franchise/Income Tax Return
> 2018 California e-file Return Authorization for Corporations
> 2018 Illinois Corporation Income and Replacement Tax Return
> 2018 Illinois Corporation e-file Return Authorization
> 2018 Massachusetts Excise for Taxpayers Subject to Combined Filing
> 2018 Massachusetts Corporate Tax Declaration for Electronic Filing

The following companies are included with the federal consolidated returns:

> Knighthouse Media Inc.
> Ideal Media Group Inc

The filing instructions included with the returns provide specific procedures for signing and filing the returns or e-file authorizations, as applicable. After you have reviewed your return for completeness and accuracy, please sign and return all federal and state authorizations to our office before the applicable filing deadline so that your return can be filed electronically.  A copy of the returns is enclosed for your use and should be retained for your files.

It is understood that you have provided us with basic information required for preparation of these returns.  The tax laws provide that the obligation of a preparer is based only on information of which the preparer has knowledge.  Accordingly, the completeness and accuracy of the information you provide us remains your responsibility.  You have final and full responsibility for the income tax returns and therefore should review them carefully before signing.  You must retain the documentation that supports the filed returns.  We understand your staff is responsible for all other tax returns not listed above, such as payroll, property, sales, and information returns.

Your returns may be selected for review by the taxing authorities. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of such government tax examination, we are available upon request to assist you in responding to tax authorities. Please contact us as soon as you receive notice of an examination if you wish to employ our services.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,

Greg Meyer
Crowe LLP

**Crowe**

**Crowe LLP**

Independent Member Crowe Global

Knighthouse Media Inc. and Subsidiary
f/k/a S&R Media Corporation and Subsidiary
Instructions for Filing
Form 8879-C
IRS e-file Signature Authorization for Form 1120
for the year ended July 31, 2019

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before May 15, 2020 to:

Crowe LLP
PO Box 3697
Oak Brook, IL 60522-3697


Or email to:  Oak.Brook.E-Filing@crowe.com

This return indicates a $22,013 overpayment.  Of this amount, $22,013 will be refunded to you and $0 has been applied to your 2019 estimated tax.

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

Form **8879-C**

**IRS e-file Signature Authorization for Form 1120**

For calendar year 2018, or tax year beginning 08/01/2018 , ending 07/31/2019

OMB No. 1545-0123

**20**18

▶ Do not send to the IRS. Keep for your records.
▶ Go to *www.irs.gov/Form8879C* for the latest information.

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. AND SUBSIDARY F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY | 45-2805739 |

**Part I**   **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---:|
| 1 | Total income (Form 1120, line 11) | 1 | 3,638,001. |
| 2 | Taxable income (Form 1120, line 30) | 2 | |
| 3 | Total tax (Form 1120, line 31) | 3 | |
| 4 | Amount owed (Form 1120, line 35) | 4 | |
| 5 | Overpayment (Form 1120, line 36) | 5 | 22,013. |

**Part II**   **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2018 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize CROWE LLP to enter my PIN 8 3 1 5 3 as my signature
ERO firm name      do not enter all zeros
on the corporation's 2018 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2018 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ 05/15/2020 Title ▶ CEO

**Part III**   **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.     3 6 3 0 7 3 5 8 3 4 4
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 05/15/2020

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2018)

JSA
8C3302 4.000

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2018 or tax year beginning 08/01/2018 , ending 07/31/2019

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2018**

| A Check if: | | | B Employer identification number |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | X | **Name** KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY | 45-2805739 |
| b Life/nonlife consolidated return | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) | | 150 N. MICHIGAN AVE. SUITE 900 | 07/20/2011 |
| 3 Personal service corp. (see instructions) | | City or town, state, or province, country, and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached | X | CHICAGO, IL 60601 | $ 1,066,913. |

**TYPE OR PRINT**

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 8,296,828. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 8,296,828. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 4,658,937. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,637,891. |
| 4 | Dividends and inclusions (Schedule C, line 23, column (a)) | 4 | |
| 5 | Interest | 5 | 110. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 3,638,001. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | 154,440. |
| 13 | Salaries and wages (less employment credits) | 13 | 1,135,708. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | 66,415. |
| 16 | Rents | 16 | 389,702. |
| 17 | Taxes and licenses | SEE STATEMENT 3. | 17 | 120,724. |
| 18 | Interest (see instructions) | 18 | 24,598. |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 32,097. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 36,602. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 39,995. |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement) | SEE STATEMENT 9. | 26 | 1,574,236. |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 3,574,517. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 63,484. |
| 29a | Net operating loss deduction (see instructions) | 29a | 63,484. STMT 11 | |
| b | Special deductions (Schedule C, line 24, column (c)) | 29b | | |
| c | Add lines 29a and 29b | 29c | 63,484. |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| 32 | 2018 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | 22,013. |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | 22,013. |
| 37 | Enter amount from line 36 you want: Credited to 2019 estimated tax ▶ Refunded ▶ | 37 | 22,013. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer KORRY STAGNITO | Date 05/15/2020 | Title CEO

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | | |
|---|---|---|---|---|---|
| Print/Type preparer's name GREG MEYER | Preparer's signature | Date 05/15/2020 | Check ☐ if self-employed | PTIN P00552444 |
| Firm's name ▶ CROWE LLP | | | | Firm's EIN ▶ 35-0921680 |
| Firm's address ▶ PO BOX 3697 OAK BROOK, IL 60522-3697 | | | | Phone no. 630-574-7878 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2018)

JSA
8C1110 2.000

2799HT   L073   05/12/2020 15:38:31 V18-7.19F   45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                45-2805739

Form 1120 (2018)                                                                                      Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . . . . . . . . | | see instructions | |
| 16 a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add lines 9 through 22, column (c). Enter here and on page 1, line 29b . . . . . . . . . . | | | |

Form **1120** (2018)

KNIGHTHOUSE MEDIA INC. AND SUBSIDARY                                      45-2805739

Form 1120 (2018)                                                            Page **3**

## Schedule J    Tax Computation and Payment (see instructions)

### Part I-Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions | **2** | |
| 3 | Base erosion minimum tax (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | |
| b | Credit from Form 8834 (see instructions) | **5b** | |
| c | General business credit (attach Form 3800) | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| e | Bond credits from Form 8912 | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | **9c** | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | |
| f | Other (see instructions - attach statement) | **9f** | |
| 10 | **Total.** Add lines 9a through 9f | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | |

### Part II-Section 965 Payments (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2018 net 965 tax liability paid from Form 965-B, Part II, column (k), line 2. Enter here and on page 1, line 32 | **12** | |

### Part III-Payments, Refundable Credits, and Section 965 Net Tax Liability

| | | | |
|---|---|---|---|
| 13 | 2017 overpayment credited to 2018 | **13** | 22,013. |
| 14 | 2018 estimated tax payments | **14** | |
| 15 | 2018 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | 22,013. |
| 17 | Tax deposited with Form 7004 | **17** | NONE |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | 22,013. |
| 20 | Refundable credits from: | | |
| a | Form 2439 | **20a** | |
| b | Form 4136 | **20b** | |
| c | Form 8827, line 8c | **20c** | |
| d | Other (attach statement - see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | 2018 net 965 tax liability from Form 965-B, Part I, column (d), line 2. See instructions | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here on page 1, line 33 | **23** | 22,013. |

Form **1120** (2018)

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                    45-2805739

Form 1120 (2018)                                                                    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: a ☐ Cash    b ☒ Accrual    c ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 541800

**b** Business activity ▶ ADVERTISING RELATED SERVI

**c** Product or service ▶ SERVICE

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . . . | X (No)

If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . . . | X (No)

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . . . | X (Yes)

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | X (No)

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | X (No)

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . . | X (No)

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | X (No)

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ 550,338.

Form **1120** (2018)

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                     45-2805739

Form 1120 (2018)                                                                    Page **5**

| | Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| **b** | If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . | | X |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does the corporation satisfy **one** of the following conditions and the corporation does not own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions . . . . . . . . . . . . . . . | X | |
| **a** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the corporation is not a tax shelter, or | | |
| **b** | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 13 . . . . . . . . . . ▶ $ | | |

Form **1120** (2018)

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                        45-2805739

Form 1120 (2018)                                                                    Page **6**

## Schedule L — Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 Cash . . . . . . . . . . . . . . . | | | 306,176. | | 371,692. |
| 2a Trade notes and accounts receivable | | 488,126. | | 571,911. | |
| b Less allowance for bad debts . . . . | ( | 301,562. ) | 186,564. | 13,844. ) | 558,067. |
| 3 Inventories . . . . . . . . . . . . | | | | | |
| 4 U.S. government obligations . . . . | | | | | |
| 5 Tax-exempt securities (see instructions) | | | | | |
| 6 Other current assets (attach statement) | STMT 19 | | 149,643. | | 58,332. |
| 7 Loans to shareholders . . . . . . | | | | | |
| 8 Mortgage and real estate loans . . . | | | | | |
| 9 Other investments (attach statement) | | | | | |
| 10a Buildings and other depreciable assets | | 590,636. | | 590,483. | |
| b Less accumulated depreciation . . . | ( | 414,768. ) | 175,868. | 511,661. ) | 78,822. |
| 11a Depletable assets . . . . . . . . | | | | | |
| b Less accumulated depletion . . . . . | ( | ) | | ( ) | |
| 12 Land (net of any amortization) . . . | | | | | |
| 13a Intangible assets (amortizable only) . | | | | | |
| b Less accumulated amortization . . . | ( | ) | | ( ) | |
| 14 Other assets (attach statement) . . . | | | | | |
| 15 Total assets . . . . . . . . . . . | | | 818,251. | | 1,066,913. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable . . . . . . . . . | | | 35,553. | | −21,580. |
| 17 Mortgages, notes, bonds payable in less than 1 year . . . . . . . . . . . . | | | | | |
| 18 Other current liabilities (attach statement) | STMT 21 | | 866,809. | | 600,326. |
| 19 Loans from shareholders . . . . . | | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more . . . . . . . . . . . . . | | | | | 358,625. |
| 21 Other liabilities (attach statement) . . | | | | | |
| 22 Capital stock:  a Preferred stock . . | | | | | |
| b Common stock . . | | 200. | 200. | 200. | 200. |
| 23 Additional paid-in capital . . . . . | | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | | |
| 25 Retained earnings - Unappropriated . | | | −1,194,058. | | −980,405. |
| 26 Adjustments to shareholders' equity (attach statement) | STMT 23 | | 1,109,747. | | 1,109,747. |
| 27 Less cost of treasury stock . . . . . | | ( | ) | ( | ) |
| 28 Total liabilities and shareholders' equity | | | 818,251. | | 1,066,913. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . | | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | | |
| 2 Federal income tax per books . . . . | | | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . . . . . . $ _____ | | |
| a Depreciation . . . . . . $ _____ | | b Charitable contributions . $ _____ | | |
| b Charitable contributions . $ _____ | | | | |
| c Travel and entertainment . $ _____ | | 9 Add lines 7 and 8 . . . . . . . . . | | |
| 6 Add lines 1 through 5 . . . . . . . . | | 10 Income (page 1, line 28) - line 6 less line 9 | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . | −1,194,058. | 5 Distributions:  a Cash . . . . . . . . | | |
| 2 Net income (loss) per books . . . . . | 213,654. | b Stock . . . . . . . | | |
| 3 Other increases (itemize): _____ | | c Property . . . . . . | | |
| _____ | | 6 Other decreases (itemize): _____ | | 1. |
| _____ | | 7 Add lines 5 and 6 . . . . . . . | | 1. |
| 4 Add lines 1, 2, and 3 . . . . . . . . | −980,404. | 8 Balance at end of year (line 4 less line 7) | | −980,405. |

Form **1120** (2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY | 45-2805739 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| CHRISTOPHER SCHOFIELD | 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 | US | 100.000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120.

8C2720 1.000    JSA

Schedule G (Form 1120) (Rev. 12-2011)

2799HT   L073   05/12/2020  15:38:31 V18-7.19F   45-2805739

**SCHEDULE B**
**(Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Additional Information for Schedule M-3 Filers

▶ Attach to Form 1120.
▶ Go to *www.irs.gov/Form1120* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

|  |  | Yes | No |
|---|---|---|---|
| 1 | Does any amount reported on Schedule M-3 (Form 1120), Part II, line 9 or 10, column (d), reflect allocations to this corporation from a partnership of income, gain, loss, deduction, or credit that are disproportionate to this corporation's capital contribution to the partnership or its ratio for sharing other items of the partnership? . . . . . . . |  | X |
| 2 | At any time during the tax year, did the corporation sell, exchange, or transfer any interest in an intangible asset to a related person as defined in section 267(b)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 3 | At any time during the tax year, did the corporation acquire any interest in an intangible asset from a related person as defined in section 267(b)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 4a | During the tax year, did the corporation enter into a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| b | At any time during the tax year, was the corporation a participant in a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471? . . . . . . . . . . . . . . . . . |  | X |
| 5 | At any time during the tax year, did the corporation make any change in accounting principle for financial accounting purposes? See instructions for the definition of "change in accounting principle" . . . . . . . . . . |  | X |
| 6 | At any time during the tax year, did the corporation make any change in a method of accounting for U.S. income tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 7 | At any time during the tax year, did the corporation own any voluntary employees' beneficiary association (VEBA) trusts that were used to hold funds designated for employee benefits? . . . . . . . . . . . . . . . . . |  | X |
| 8 | At any time during the tax year, did the corporation use an allocation method for indirect costs capitalized to self-constructed assets that varied from its financial method of accounting?. . . . . . . . . . . . . . . . |  | X |
| 9 | At any time during the tax year, did the corporation treat for tax purposes indirect costs, as defined in Regulations sections 1.263A-1(e)(3)(ii)(F), (G), and (H), as mixed-service costs, as defined in Regulations section 1.263A-1(e)(4) (ii)(C)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 10 | Did the corporation, under section 118 or 362(c) and the related regulations, take a return filing position characterizing any amount as a contribution to the capital of the corporation during the tax year by any nonshareholders? Amounts so characterized may include, without limitation, incentives, inducements, money, and property. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

**Schedule B (Form 1120) (Rev. 12-2018)**

JSA
8C1210 3.000

2799HT   L073   05/12/2020 15:38:31 V18-7.19F   45-2805739

Form **851**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

For tax year ending  07/31/2019

▶ **File with each consolidated income tax return.**

▶ **Information about Form 851 and its instructions is at** *www.irs.gov/form851.*

OMB No. 1545-0123

| Name of common parent corporation  KNIGHTHOUSE MEDIA INC. | Employer identification number |
|---|---|
| F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Number, street, and room or suite no. If a P.O. box, see instructions.

150 N. MICHIGAN AVE. SUITE 900

City or town, state, and ZIP code

CHICAGO, IL            60601

## Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | 22,013. | |
| 2 | Subsidiary corporations:<br>IDEAL MEDIA GROUP INC<br>150 N. MICHIGAN AVE. SUITE 900<br>CHICAGO, IL 60601 | 46-3668071 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . ▶ | | 22,013. | |

## Part II  Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation<br>ADVERTISING RELATED SERVI | 541800 | | | | | | |
| 2 | Subsidiary corporations:<br>ADVERTISING RELATED SERVI | 541800 | | X | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |

JSA
8C2010 1.000

**For Paperwork Reduction Act Notice, see instructions.**

Form **851** (Rev. 10-2016)

2799HT   L073   05/12/2020   15:38:31   V18-7.19  45-2805739

Form 851 (Rev. 10-2016)                                                                                                                    Page **2**

## Part III    Changes in Stock Holdings During the Tax Year

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percentage of voting power | Percentage of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

**(c)** If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☒ **No**

**(d)** Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions . . . . . .  ☐ **Yes**  ☒ **No**

**(e)** If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

**(f)** If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

Form **851** (Rev. 10-2016)

Form 851 (Rev. 10-2016)                                                                                                   Page **3**

**Part IV**    **Additional Stock Information** (see instructions)

**1**  During the tax year, did the corporation have more than one class of stock outstanding? . . . . . . . . . . . . .    ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**2**  During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation(s) and explain the circumstances.

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**3**  During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**  ☒ **No**

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp. No. | Name of corporation | (a) Percentage of value | (b) Percentage of outstanding voting stock | (c) Percentage of voting power |
|---|---|---|---|---|
|  |  | % | % | % |
|  |  | % | % | % |
|  |  | % | % | % |
|  |  | % | % | % |

| Corp. No. | (d) Provide a description of any arrangement. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Form **851** (Rev. 10-2016)

JSA
8C2030 1.000

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739

SCHEDULE M-3
(Form 1120)

Department of the Treasury
Internal Revenue Service

**Net Income (Loss) Reconciliation for Corporations
With Total Assets of $10 Million or More**

▶ Attach to Form 1120 or 1120-C.
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

20**18**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC.<br>F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): (1) ☐ Non-consolidated return   (2) ☒ Consolidated return (Form 1120 only)
(3) ☐ Mixed 1120/L/PC group   (4) ☐ Dormant subsidiaries schedule attached

---

**Part I**   **Financial Information and Net Income (Loss) Reconciliation** (see instructions)

**1 a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
☐ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
☒ **No.** Go to line 1c.

**c** Did the corporation prepare a non-tax-basis income statement for that period?
☒ **Yes.** Complete lines 2a through 11 with respect to that income statement.
☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2 a** Enter the income statement period: Beginning 08/01/2018 Ending 07/31/2019

**b** Has the corporation's income statement been restated for the income statement period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**3 a** Is any of the corporation's voting common stock publicly traded?
☐ **Yes.**
☒ **No.** If "No," go to line 4a.

**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| **4 a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 . . . . . | **4a** | 213,654. |
| **b** Indicate accounting standard used for line 4a (see instructions): | | |
| (1) ☐ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☒ Other (specify) _____ | | X |
| **5 a** Net income from noninclludible foreign entities (attach statement) . . . . . . . . . . . . . . . | **5a** | ( ) |
| **b** Net loss from noninclludible foreign entities (attach statement and enter as a positive amount) . . . . | **5b** | |
| **6 a** Net income from noninclludible U.S. entities (attach statement) . . . . . . . . . . . . . . . . | **6a** | ( ) |
| **b** Net loss from noninclludible U.S. entities (attach statement and enter as a positive amount) . . . . . | **6b** | |
| **7 a** Net income (loss) of other includible foreign disregarded entities (attach statement) . . . . . . . . | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) . . . . . . . . . | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) . . . . . . . . . . . . . . . . | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclludible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) . . . . . . . . . . | **9** | |
| **10 a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) . . . . . . . . . . | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) . . . . . . . . . | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . . . . . . . | **10c** | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 . . | **11** | 213,654. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 . . . . . . . . . . . . ▶ | 1,066,913. | 937,371. |
| **b** Removed on Part I, line 5 . . . . . . . . . . . ▶ | | |
| **c** Removed on Part I, line 6 . . . . . . . . . . . ▶ | | |
| **d** Included on Part I, line 7 . . . . . . . . . . . ▶ | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

Schedule M-3 (Form 1120) 2018

JSA
8C2730 2.000

2799HT   L073   05/12/2020 15:38:31 V18-7.19F   45-2805739

Schedule M-3 (Form 1120) 2018                                                               **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** [X] Consolidated group   **(2)** [ ] Parent corp   **(3)** [ ] Consolidated eliminations   **(4)** [ ] Subsidiary corp   **(5)** [ ] Mixed 1120/L/PC group

Check if a sub-consolidated:   **(6)** [ ] 1120 group   **(7)** [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 110. | | | 110. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( 4,663,080. ) | 4,143. | | ( 4,658,937. ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | -4,662,970. | 4,143. | | -4,658,827. |
| 27 Total expense/deduction items (from Part III, line 39) | -370,786. | -164,423. | 10,110. | -525,099. |
| 28 Other items with no differences | 5,247,410. | | | 5,247,410. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 213,654. | -160,280. | 10,110. | 63,484. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | 213,654. | -160,280. | 10,110. | 63,484. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) 2018

JSA
8C2731 2.000

Schedule M-3 (Form 1120) 2018                                                                                      Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** [X] Consolidated group  **(2)** [ ] Parent corp **(3)** [ ] Consolidated eliminations  **(4)** [ ] Subsidiary corp **(5)** [ ] Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** [ ] 1120 group  **(7)** [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 1,492. | -236. | | 1,256. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 24,598. | | | 24,598. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 15,527. | | -8,935. | 6,592. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | 14,476. | | 14,476. |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 104,932. | -72,835. | | 32,097. |
| 32 Bad debt expense | -221,303. | 287,718. | | 66,415. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | STMT 31 445,540. | -64,700. | -1,175. | 379,665. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 370,786. | 164,423. | -10,110. | 525,099. |

JSA
8C2732 2.000

Schedule M-3 (Form 1120) 2018

Schedule M-3 (Form 1120) 2018 | Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es):  (1) ☐ Consolidated group   (2) ☒ Parent corp   (3) ☐ Consolidated eliminations   (4) ☐ Subsidiary corp   (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:   (6) ☐ 1120 group   (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | Employer identification number 45-2805739 |
|---|---|

### Part II  Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 110. | | | 110. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( 4,663,080. ) | 4,143. | | ( 4,658,937. ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | -4,662,970. | 4,143. | | -4,658,827. |
| 27 Total expense/deduction items (from Part III, line 39) | -370,786. | -164,231. | 10,110. | -524,907. |
| 28 Other items with no differences | 5,247,432. | | | 5,247,432. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 213,676. | -160,088. | 10,110. | 63,698. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | 213,676. | -160,088. | 10,110. | 63,698. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) 2018

JSA
8C2731 2.000

Schedule M-3 (Form 1120) 2018 | Page **3**

Name of corporation (common parent, if consolidated return)

KNIGHTHOUSE MEDIA INC.
F/K/A S&R MEDIA CORPORATION

**Employer identification number**

45-2805739

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☒ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

Name of subsidiary (if consolidated return) KNIGHTHOUSE MEDIA INC.
F/K/A S&R MEDIA CORPORATION

**Employer identification number**

45-2805739

### Part III  Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 1,492. | -236. | | 1,256. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 24,598. | | | 24,598. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 15,527. | | -8,935. | 6,592. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | 14,284. | | | 14,284. |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 104,932. | -72,835. | | 32,097. |
| 32 Bad debt expense | -221,303. | 287,718. | | 66,415. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | 445,540. | -64,700. | -1,175. | 379,665. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 370,786. | 164,231. | -10,110. | 524,907. |

JSA
8C2732 2.000

Schedule M-3 (Form 1120) 2018

Schedule M-3 (Form 1120) 2018                                                        **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** ☐ Consolidated group   **(2)** ☐ Parent corp   **(3)** ☐ Consolidated eliminations   **(4)** ☒ Subsidiary corp   **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| IDEAL MEDIA GROUP INC | 46-3668071 |

**Part II**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | -192. | | -192. |
| 28 Other items with no differences | -22. | | | -22. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -22. | -192. | | -214. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | -22. | -192. | | -214. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

                                                **Schedule M-3 (Form 1120) 2018**

JSA
8C2731 2.000

Schedule M-3 (Form 1120) 2018    **Page 3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| IDEAL MEDIA GROUP INC | 46-3668071 |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items**  (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | 192. | | 192. |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | 192. | | 192. |

JSA
8C2732 2.000

Schedule M-3 (Form 1120) 2018

Schedule M-3 (Form 1120) 2018 | Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| ADJUSTMENTS | |

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) 2018

JSA

8C2731 2.000

Schedule M-3 (Form 1120) 2018      Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC.<br>F/K/A S&R MEDIA CORPORATION | 45-2805739 |

Check applicable box(es): **(1)** ☐ Consolidated group   **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations   **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:   **(6)** ☐ 1120 group   **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| ADJUSTMENTS | |

**Part III**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a)<br>Expense per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Deduction per<br>Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
8C2732 2.000

Schedule M-3 (Form 1120) 2018

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY | 45-2805739 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | 2,593,605. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . SEE STATEMENT 36 | 5 | 2,065,332. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,658,937. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 4,658,937. |

**9a** Check all methods used for valuing closing inventory:

   **(i)** ☐ Cost

   **(ii)** ☐ Lower of cost or market

   **(iii)** ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

● A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

● A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

● The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

● Real property or personal property (tangible and intangible) acquired for resale.

● The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

**For Paperwork Reduction Act Notice, see instructions.**

JSA
8X4012 3.000

Form **1125-A** (Rev. 11-2018)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|------|--------------------------------|
| KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY<br>F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY | 45-2805739 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 154,440. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . SEE STATEMENT 38 . . . . . | **4** | 154,440. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

JSA
8C1318 2.000

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ Attach to your tax return.

▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

Name(s) shown on return    KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
F/K/A S&R MEDIA CORPORATION AND SUBSIDIARY

Identifying number

45-2805739

Business or activity to which this form relates

GENERAL DEPRECIATION & AMORTIZATION

## Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | | **12** | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | **13** | | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 7,885. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 6,792. |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 | **17** | 17,420. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

### Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only - see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary  (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 32,097. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

JSA
8X2300 1.000

Form **4562** (2018)

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                         45-2805739

Form 4562 (2018)                                                                    Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed?  Yes ☐ No ☐   24b If "Yes," is the evidence written?  Yes ☐ No ☐

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?. . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?. . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees?  See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2018 tax year . . . . . . . . . . . . 43 | | | | | 14,476. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . 44 | | | | | 14,476. |

2799HT   L073   05/12/2020  15:38:31  V18-7.19F   45-2805739

**Form 7004**
(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► **File a separate application for each return.**
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | | |
|---|---|---|
| Name | KNIGHTHOUSE MEDIA INC. AND SUBSIDARY F/K/A S&R MEDIA CORPORATION AND SUBSIDARY | Identifying number 45-2805739 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) 150 N. MICHIGAN AVE. SUITE 900 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) CHICAGO, IL 60601 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1    Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II    All Filers Must Complete This Part

2    If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☒

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.  SEE STATEMENT 41

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ► ☐

5a    The application is for calendar year 20 ___ , or tax year beginning ___08/01___ , 20 18 , and ending ___07/31___ , 20 19

   b    **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
   ☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions - attach explanation)

6    Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 | NONE

7    **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . . 7 | NONE

8    **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . . . . 8 | NONE

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.          Form **7004** (Rev. 12-2018)

JSA
8X0915 2.000

Form **8916-A**

Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.**
▶ **Go to** *www.irs.gov/Form1120* **for the latest information.**

OMB No. 1545-0123

20**18**

| Name of common parent | Employer identification number |
|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | 45-2805739 |
| Name of subsidiary | Employer identification number |
| | |

**Part I**    Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions . . . . . . . | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense . . . . . | | | | |
| b Other equity-based compensation . . . . . . . . | | | | |
| c Meals and entertainment . . . | | | | |
| d Parachute payments . . . . . . | | | | |
| e Compensation with section 162(m) limitation . . . . . . . | | | | |
| f Pension and profit sharing . . . | | | | |
| g Other post-retirement benefits . | | | | |
| h Deferred compensation . . . . | | | | |
| i Reserved . . . . . . . . . . . | | | | |
| j Amortization . . . . . . . . . | | | | |
| k Depletion . . . . . . . . . . . | | | | |
| l Depreciation . . . . . . . . . | | | | |
| m Corporate-owned life insurance premiums . . . . . . . . . . | | | | |
| n Other section 263A costs . . . | | | | |
| 3 Inventory shrinkage accruals . . | | | | |
| 4 Excess inventory and obsolescence reserves . . . . . | | | | |
| 5 Lower of cost or market write-downs . . . . . . . . . . . | | | | |
| 6 Other items with differences (attach statement) . . . . . . . | 2,597,748. | STMT 42 -4,143. | | 2,593,605. |
| 7 Other items with no differences | 2,065,332. | STMT 43 | | 2,065,332. |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . . . . . | 4,663,080. | -4,143. | | 4,658,937. |

For Paperwork Reduction Act Notice, see instructions.

Form **8916-A** (2018)

KNIGHTHOUSE MEDIA INC.                                                      45-2805739

Form 8916-A (2018)                                                                    Page **2**

| Part II | Interest Income |
|---------|-----------------|

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income STMT 44 | 110. | | | 110. |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 110. | | | 110. |

| Part III | Interest Expense |
|----------|------------------|

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense STMT 45 | 24,598. | | | 24,598. |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 24,598. | | | 24,598. |

Form **8916-A** (2018)

Form **8916-A**

Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.**
▶ **Go to *www.irs.gov/Form1120* for the latest information.**

OMB No. 1545-0123

20**18**

| Name of common parent | | Employer identification number |
|---|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | | 45-2805739 |

| Name of subsidiary | | Employer identification number |
|---|---|---|
| KNIGHTHOUSE MEDIA INC. F/K/A S&R MEDIA CORPORATION | | 45-2805739 |

**Part I    Cost of Goods Sold**

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions . . . . . . . | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense . . . . . | | | | |
| b Other equity-based compensation . . . . . . . . . | | | | |
| c Meals and entertainment . . . | | | | |
| d Parachute payments . . . . . . | | | | |
| e Compensation with section 162(m) limitation . . . . . . . | | | | |
| f Pension and profit sharing . . . | | | | |
| g Other post-retirement benefits . | | | | |
| h Deferred compensation . . . . | | | | |
| i Reserved . . . . . . . . . . . | | | | |
| j Amortization . . . . . . . . . | | | | |
| k Depletion . . . . . . . . . . . | | | | |
| l Depreciation . . . . . . . . . | | | | |
| m Corporate-owned life insurance premiums . . . . . . . . . . | | | | |
| n Other section 263A costs . . . | | | | |
| 3 Inventory shrinkage accruals . | | | | |
| 4 Excess inventory and obsolescence reserves . . . . . | | | | |
| 5 Lower of cost or market write-downs . . . . . . . . . . . | | | | |
| 6 Other items with differences (attach statement) . . . . . . | 2,597,748. | -4,143. | | 2,593,605. |
| 7 Other items with no differences | 2,065,332. | | | 2,065,332. |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . . . . . | 4,663,080. | -4,143. | | 4,658,937. |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (2018)

JSA
8X9035 2.000

KNIGHTHOUSE MEDIA INC.                                                                45-2805739

Form 8916-A (2018)                                                                        Page **2**

## Part II  Interest Income

| | Interest Income Item | (a)<br>Income (Loss) per Income<br>Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income | 110. | | | 110. |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 110. | | | 110. |

## Part III  Interest Expense

| | Interest Expense Item | (a)<br>Expense per Income<br>Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense | 24,598. | | | 24,598. |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 24,598. | | | 24,598. |

Form **8916-A** (2018)

## Regulation Section 1.263(a)-1(f) - De Minimis
## Safe Harbor Election

Taxpayer Name:     <u>KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY</u>

Taxpayer Address:  <u>150 N. MICHIGAN AVE. SUITE 900 CHICAGO IL 60601</u>

Taxpayer ID Number: <u>45-2805739</u>

Year-End:          <u>07/31/2019</u>


Under IRC Regulation Section 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election.

## Regulation Section 1.263(a)-3(h) - Safe Harbor Election
## for Small Taxpayer

Taxpayer Name:    KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

Taxpayer Address:    150 N. MICHIGAN AVE. SUITE 900 CHICAGO IL 60601

Taxpayer ID Number:    45-2805739

Year-End:    07/31/2019

Under IRC Regulation Section 1.263(a)-3(h), the taxpayer hereby elects to apply the safe harbor election for small taxpayer.

### Description of the building property

# Regulation Section 1.263(a)-3(n) - Election to
# Capitalize Repair and Maintenance Costs

Taxpayer Name:   <u>KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY</u>

Taxpayer Address:   <u>150 N. MICHIGAN AVE. SUITE 900 CHICAGO IL 60601</u>

Taxpayer ID Number:   <u>45-2805739</u>

Year-End:   <u>07/31/2019</u>

Under IRC Regulation Section 1.263(a)-3(n), the taxpayer hereby elects to capitalize repair and maintenance costs.

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

**Consolidated Schedules**
**1120 Page 1**

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| 1a Gross receipts or sales | 8,296,828. | | | 8,296,828. |
| 1b Returns and allowances | | | | |
| 1c Balance | 8,296,828. | | | 8,296,828. |
| 2 Cost of goods sold | 4,658,937. | | | 4,658,937. |
| 3 Gross profit | 3,637,891. | | | 3,637,891. |
| 4 Dividends | | | | |
| 5 Interest | 110. | | | 110. |
| 6 Gross rents | | | | |
| 7 Gross royalties | | | | |
| 8 Capital gain net income | | | | |
| 9 Net gain or (loss) from Form 4797 | | | | |
| 10 Other income | | | | |
| 11 Total income | 3,638,001. | | | 3,638,001. |
| 12 Compensation of officers | 154,440. | | | 154,440. |
| 13 Salaries and wages | 1,135,708. | | | 1,135,708. |
| 14 Repairs and maintenance | | | | |
| 15 Bad debts | 66,415. | | | 66,415. |
| 16 Rents | 389,702. | | | 389,702. |
| 17 Taxes and licenses | 120,724. | | | 120,724. |
| 18 Interest | 24,598. | | | 24,598. |
| 19 Charitable contributions | | | | |
| 20 Depreciation | 32,097. | | | 32,097. |
| 21 Depletion | | | | |
| 22 Advertising | 36,602. | | | 36,602. |
| 23 Pension, profit-sharing etc. plans | | | | |
| 24 Employee benefit programs | 39,995. | | | 39,995. |
| 25 Reserved for future use | | | | |
| 26 Other deductions | 1,574,236. | | | 1,574,236. |
| 27 Total deductions | 3,574,517. | | | 3,574,517. |
| 28 Taxable income before NOL & Spec. Deductions | NONE | NONE | 63,484. | 63,484. |
| 29 NOL.Spec. deductions | NONE | | | |
| 30 Taxable income | 63,484. | NONE | -63,484. | 63,484. |

JSA

8C9082 2.000

2799HT    L073    05/12/2020    15:38:31    V18-7.19  45-2805739

STATEMENT    1

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**

**1120 Page 1**

| | | KNIGHTHOUSE MEDIA INC. | IDEAL MEDIA GROUP INC. |
|---|---|---|---|
| | | 45-2805739 | 46-3668071 |
| 1a | Gross receipts or sales | 8,296,828. | |
| 1b | Returns and allowances | | |
| 1c | Balance | 8,296,828. | |
| 2 | Cost of goods sold | 4,658,937. | |
| 3 | Gross profit | 3,637,891. | |
| 4 | Dividends | | |
| 5 | Interest | 110. | |
| 6 | Gross rents | | |
| 7 | Gross royalties | | |
| 8 | Capital gain net income | | |
| 9 | Net gain or (loss) from Form 4797 | | |
| 10 | Other income | | |
| 11 | Total income | 3,638,001. | |
| 12 | Compensation of officers | 154,440. | |
| 13 | Salaries and wages | 1,135,708. | |
| 14 | Repairs and maintenance | | |
| 15 | Bad debts | 66,415. | |
| 16 | Rents | 389,702. | |
| 17 | Taxes and licenses | 120,724. | |
| 18 | Interest | 24,598. | |
| 19 | Charitable contributions | | |
| 20 | Depreciation | 32,097. | |
| 21 | Depletion | | |
| 22 | Advertising | 36,602. | |
| 23 | Pension, profit-sharing etc. plans | | |
| 24 | Employee benefit programs | 39,995. | |
| 25 | Reserved for future use | | |
| 26 | Other deductions | 1,574,022. | 214. |
| 27 | Total deductions | 3,574,303. | 214. |
| 28 | Taxable income before NOL & Spec. Deductions | 63,698. | -214. |
| 29 | NOL.Spec. deductions | NONE | NONE |
| 30 | Taxable income | 63,698. | -214. |

JSA

8C9082 2.000

2799HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739

STATEMENT    2

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                    45-2805739

1120 PAGE 1 DETAIL

LINE 17 - TAXES SUMMARY
====================================
TAXES (EXCLUDING INCOME TAXES)                119,468.
OTHER STATE AND LOCAL TAXES                     1,256.
                                            -----------
       TOTAL                                  120,724.
                                            ===========

2799HT      L073      05/12/2020    15:38:31    V18-7.19    45-2805739

STATEMENT    3

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

1120 PAGE 1 DETAIL

LINE 17 - TAXES EXCLUDING INCOME TAXES

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| EMPLOYMENT TAXES | 119,117. | | | 119,117. |
| OTHER TAXES | 351. | | | 351. |
| TOTAL | 119,468. | | | 119,468. |

2799HT      L073      05/12/2020      15:38:31      V18-7.19      45-2805739      STATEMENT      4

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 1 DETAIL
================================================

| | KNIGHTHOUSE MEDIA INC. | IDEAL MEDIA GROUP INC |
|---|---|---|
| | 45-2805739 | 46-3668071 |

LINE 17 - TAXES EXCLUDING INCOME TAXES

| | | |
|---|---|---|
| EMPLOYMENT TAXES | 119,117. | |
| OTHER TAXES | 351. | |
| TOTAL | 119,468. | |

2799HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739

STATEMENT    5

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

1120 PAGE 1 DETAIL

LINE 17 - OTHER STATE AND LOCAL TAXES

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| STATE INCOME TAXES | 1,256. | | | 1,256. |
| TOTAL | 1,256. | | | 1,256. |

2799HT       L073       05/12/2020       15:38:31       V18-7.19       45-2805739

STATEMENT 6

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 1 DETAIL
===================================

LINE 17 - OTHER STATE AND LOCAL TAXES

| | KNIGHTHOUSE MEDIA INC. | IDEAL MEDIA GROUP INC |
|---|---|---|
| | 45-2805739 | 46-3668071 |
| STATE INCOME TAXES | 1,256. | |
| TOTAL | 1,256. | |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739

STATEMENT   7

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                      45-2805739


1120 PAGE 1 DETAIL
================================================================================


LINE 26 - SUMMARY OF TRAVEL, MEALS AND ENTERTAINMENT
===================================================

KNIGHTHOUSE MEDIA INC.
-----------------------------------------------
  100% ALLOWABLE TRAVEL AND ENTERTAINMENT                        62,894.
  NET MEALS AND ENTERTAINMENT AMOUNT TO OTHER DEDUCTIONS          6,592.
                                                               ---------------
    SUBTOTAL                                                     69,486.
                                                               ---------------


    TOTAL LINE 26 - TRAVEL, MEALS AND ENTERTAINMENT              69,486.
                                                               ===============

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

1120 PAGE 1 DETAIL

LINE 26 - OTHER DEDUCTIONS

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| WEBSITE FEES | 15,705. | | | 15,705. |
| COMPUTER/IT | 58,923. | | | 58,923. |
| BANK/CREDIT FEES | 163,500. | | | 163,500. |
| RECRUITING | 17,612. | | | 17,612. |
| CLEANER/MAINTENANCE | 242. | | | 242. |
| PAYROLL PROCESS EXPENSE | 27,484. | | | 27,484. |
| CONSULTING | 830,094. | | | 830,094. |
| REFRESHMENTS | 12,530. | | | 12,530. |
| OFFICE EXPENSES | 3,032. | | | 3,032. |
| EDIT AND ART EXPENSES | 9,337. | | | 9,337. |
| EQUIPMENT RENTAL | 18,501. | | | 18,501. |
| INSURANCE | 39,422. | | | 39,422. |
| UTILITIES AND TELEPHONE | 183,486. | | | 183,486. |
| VEHICLE EXPENSE | 37,018. | | | 37,018. |
| LEGAL AND ACCOUNTING | 35,376. | | | 35,376. |
| MISCELLANEOUS EXPENSE | 6,981. | | | 6,981. |
| OFFICE SUPPLIES | 17,197. | | | 17,197. |
| POSTAGE AND SUPPLIES | 13,757. | | | 13,757. |
| TRAVEL, MEALS AND ENTERTAINMENT | 69,486. | | | 69,486. |
| AMORTIZATION | 14,476. | | | 14,476. |
| TOTAL | 1,574,159. | | | 1,574,159. |

27998HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739

STATEMENT    9

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

1120 PAGE 1 DETAIL
=========================================

LINE 26 - OTHER DEDUCTIONS

| | KNIGHTHOUSE MEDIA INC. | IDEAL MEDIA GROUP INC |
|---|---|---|
| | 45-2805739 | 46-3668071 |
| WEBSITE FEES | 15,705. | |
| COMPUTER/IT | 58,923. | |
| BANK/CREDIT FEES | 163,478. | |
| RECRUITING | 17,612. | 22. |
| CLEANER/MAINTENANCE | 242. | |
| PAYROLL PROCESS EXPENSE | 27,484. | |
| CONSULTING | 830,094. | |
| REFRESHMENTS | 12,530. | |
| OFFICE EXPENSES | 3,032. | |
| EDIT AND ART EXPENSES | 9,337. | |
| EQUIPMENT RENTAL | 18,501. | |
| INSURANCE | 39,422. | |
| UTILITIES AND TELEPHONE | 183,486. | |
| VEHICLE EXPENSE | 37,018. | |
| LEGAL AND ACCOUNTING | 35,376. | |
| MISCELLANEOUS EXPENSE | 6,981. | |
| OFFICE SUPPLIES | 17,197. | |
| POSTAGE AND SUPPLIES | 13,757. | |
| TRAVEL, MEALS AND ENTERTAINMENT | 69,486. | |
| AMORTIZATION | 14,284. | 192. |
| | ----------- | ----------- |
| TOTAL | 1,573,945. | 214. |
| | =========== | =========== |

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                      45-2805739

FORM 1120, PAGE 1 DETAIL
====================

NON-SRLY NOL CARRYOVER SCHEDULE
------------------------------

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
-------------------------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED IN CURRENT YEAR | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 07/31/1999 | | | | | |
| 07/31/2000 | | | | | |
| 07/31/2001 | | | | | |
| 07/31/2002 | | | | | |
| 07/31/2003 | | | | | |
| 07/31/2004 | | | | | |
| 07/31/2005 | | | | | |
| 07/31/2006 | | | | | |
| 07/31/2007 | | | | | |
| 07/31/2008 | | | | | |
| 07/31/2009 | | | | | |
| 07/31/2010 | | | | | |
| 07/31/2011 | | | | | |
| 07/31/2012 | | | | | |
| 07/31/2013 | | | | | |
| 07/31/2014 | | | | | |
| 07/31/2015 | 9,460. | 9,460. | 9,460. | | |
| 07/31/2016 | 222,651. | 222,651. | 54,024. | | 168,627. |
| 07/31/2017 | | | | | |
| 07/31/2018 | 318,227. | 318,227. | | | 318,227. |
| 07/31/2019 | | | | | |
| TOTAL | 550,338. | 550,338. | 63,484. | | 486,854. |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739                          STATEMENT   11

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                45-2805739

FORM 1120, PAGE 1 DETAIL
=====================

NON-SRLY NOL CARRYOVER SCHEDULE
-----------------------------
                              KNIGHTHOUSE MEDIA INC.
                              ----------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED IN CURRENT YEAR | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 07/31/1999 | | | | | |
| 07/31/2000 | | | | | |
| 07/31/2001 | | | | | |
| 07/31/2002 | | | | | |
| 07/31/2003 | | | | | |
| 07/31/2004 | | | | | |
| 07/31/2005 | | | | | |
| 07/31/2006 | | | | | |
| 07/31/2007 | | | | | |
| 07/31/2008 | | | | | |
| 07/31/2009 | | | | | |
| 07/31/2010 | | | | | |
| 07/31/2011 | | | | | |
| 07/31/2012 | | | | | |
| 07/31/2013 | | | | | |
| 07/31/2014 | | | | | |
| 07/31/2015 | 9,460. | 9,460. | | | 9,460. |
| 07/31/2016 | 222,459. | 222,459. | | | 222,459. |
| 07/31/2017 | | | | | |
| 07/31/2018 | 318,035. | 318,035. | | | 318,035. |
| 07/31/2019 | | | | | |
| TOTAL | 549,954. | 549,954. | | | 549,954. |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739                         STATEMENT   12

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                45-2805739

FORM 1120, PAGE 1 DETAIL
=============================

NON-SRLY NOL CARRYOVER SCHEDULE
---------------------------------
    IDEAL MEDIA GROUP INC
    ---------------------

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED IN CURRENT YEAR | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 07/31/1999 | | | | | |
| 07/31/2000 | | | | | |
| 07/31/2001 | | | | | |
| 07/31/2002 | | | | | |
| 07/31/2003 | | | | | |
| 07/31/2004 | | | | | |
| 07/31/2005 | | | | | |
| 07/31/2006 | | | | | |
| 07/31/2007 | | | | | |
| 07/31/2008 | | | | | |
| 07/31/2009 | | | | | |
| 07/31/2010 | | | | | |
| 07/31/2011 | | | | | |
| 07/31/2012 | | | | | |
| 07/31/2013 | | | | | |
| 07/31/2014 | | | | | |
| 07/31/2015 | | | | | |
| 07/31/2016 | 192. | 192. | | | 192. |
| 07/31/2017 | | | | | |
| 07/31/2018 | 192. | 192. | | | 192. |
| 07/31/2019 | | | | | |
| TOTAL | 384. | 384. | | | 384. |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739                STATEMENT   13

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


1120 PAGE 1 DETAIL
================================================================================


LINE 29A - NOL CARRYOVERS TO NEXT YEAR
======================================

KNIGHTHOUSE MEDIA INC.
-----------------------------------------------
   NON-SRLY CARRYOVER                                              549,954.
                                                          ---------------
      TOTAL                                                       549,954.
                                                          ---------------


IDEAL MEDIA GROUP INC
-----------------------------------------------
   NON-SRLY CARRYOVER                                                  384.
                                                          ---------------
      TOTAL                                                           384.
                                                          ---------------

      TOTAL LINE 29A - CURRENT YEAR UTILIZATION                    63,484.
                                                          ===============

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**

**Sch. L - Beginning**

| | | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | 306,176. | | | 306,176. |
| 2 a | Trade Notes and A/R | 488,126. | | | 488,126. |
| b | Less allowance for Bad Debts | 301,562. | | | 301,562. |
| 3 | Inventories | | | | |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | 149,643. |
| 6 | Other Current Assets | 22,104,664. | -21,955,021. | | |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | | | | |
| 10 a | Buildings and Other Depreciable Assets | 590,636. | | | 590,636. |
| b | Less Accum. Depreciation | 414,768. | | | 414,768. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | | | | |
| b | Less Accum. Amortization | | | | |
| 14 | Other Assets | | | | |
| 15 | Total Assets | 22,773,272. | -21,955,021. | | 818,251. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | 35,553. | | | 35,553. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | |
| 18 | Other Current Liabilities | 22,821,830. | -21,955,021. | | 866,809. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | |
| 21 | Other Liabilities | | | | |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | 200. | | | 200. |
| 23 | Additional Paid-In Capital | | | | |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | -1,194,058. | | | -1,194,058. |
| 26 | Adjustments to shareholders' equity | 1,109,747. | | | 1,109,747. |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 22,773,272. | -21,955,021. | | 818,251. |
| | | 45-2805739 | | | 45-2805739 |

JSA
8C9094 1.000    2799HT    L073    05/12/2020    15:38:31    V18-7.19

STATEMENT    15

45-2805739

STATEMENT    16

# KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

**Consolidated Schedules**

**Sch. L - Beginning**

|  |  | KNIGHTHOUSE MEDIA INC. 45-2805739 | IDEAL MEDIA GROUP INC. 46-3668071 |
|---|---|---|---|
| | **Assets** | | |
| 1 | Cash | 302,505. | 3,671. |
| 2 a | Trade Notes and A/R | 488,126. | |
| b | Less allowance for Bad Debts | 301,562. | |
| 3 | Inventories | | |
| 4 | US Government Obligations | | |
| 5 | Tax-exempt Securities | | |
| 6 | Other Current Assets | 22,096,517. | 8,147. |
| 7 | Loans to Stockholders | | |
| 8 | Mtge and Real Estate Loans | | |
| 9 | Other Investments | | |
| 10 a | Buildings and Other Depreciable Assets | 590,636. | |
| b | Less Accum. Depreciation | 414,768. | |
| 11 a | Depletable Assets | | |
| b | Less Accum. Depletion | | |
| 12 | Land (net of any Amortization) | | |
| 13 a | Intangible Assets | | |
| b | Less Accum. Amortization | | |
| 14 | Other Assets | | |
| 15 | Total Assets | 22,761,454. | 11,818. |
| | **Liabilities and Stockholders' Equity** | | |
| 16 | Accounts Payable | 35,553. | |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | |
| 18 | Other Current Liabilities | 22,716,525. | 105,305. |
| 19 | Loans from Stockholders | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | |
| 21 | Other Liabilities | | |
| 22 a | Capital stock-Preferred | | |
| b | Capital stock-Common | 100. | 100. |
| 23 | Additional Paid-in Capital | | |
| 24 | Retained earnings-Appropriated | | |
| 25 | Retained earnings-Unappropriated | -1,100,471. | -93,587. |
| 26 | Adjustments to shareholders' equity | 1,109,747. | |
| 27 | Less cost of Treasury Stock | | |
| 28 | Total Liabilities and Stockholders' Equity | 22,761,454. | 11,818. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**

**Sch. L - Ending**

| | | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | 371,692. | | | 371,692. |
| 2 a | Trade Notes and A/R | 571,911. | | | 571,911. |
| b | Less allowance for Bad Debts | 13,844. | | | 13,844. |
| 3 | Inventories | | | | |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 23,292,055. | -23,233,723. | | 58,332. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | | | | |
| 10 a | Buildings and Other Depreciable Assets | 590,483. | | | 590,483. |
| b | Less Accum. Depreciation | 511,661. | | | 511,661. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | | | | |
| b | Less Accum. Amortization | | | | |
| 14 | Other Assets | | | | |
| 15 | Total Assets | 24,300,636. | -23,233,723. | | 1,066,913. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | -21,580. | | | -21,580. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | |
| 18 | Other Current Liabilities | 23,834,049. | -23,233,723. | | 600,326. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | 358,625. | | | 358,625. |
| 21 | Other Liabilities | | | | |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | 200. | | | 200. |
| 23 | Additional Paid-in Capital | | | | |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | -980,405. | | | -980,405. |
| 26 | Adjustments to Shareholders' Equity | 1,109,747. | | | 1,109,747. |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 24,300,636. | -23,233,723. | | 1,066,913. |

05/12/2020   15:38:31   V18-7.19   45-2805739

JSA
8C9095 1.000   2799HT   L073

STATEMENT   17

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**

**Sch. L - Ending**

| | | KNIGHTHOUSE MEDIA INC. 45-2805739 | IDEAL MEDIA GROUP INC 46-3668071 |
|---|---|---|---|
| | **Assets** | | |
| 1 | Cash | 371,692. | |
| 2 a | Trade Notes and A/R | 571,911. | |
| b | Less allowance for Bad Debts | 13,844. | |
| 3 | Inventories | | |
| 4 | US Government Obligations | | |
| 5 | Tax-exempt Securities | | |
| 6 | Other Current Assets | 23,280,759. | 11,296. |
| 7 | Loans to Stockholders | | |
| 8 | Mtge and Real Estate Loans | | |
| 9 | Other Investments | | |
| 10 a | Buildings and Other Depreciable Assets | 590,483. | |
| b | Less Accum. Depreciation | 511,661. | |
| 11 a | Depletable Assets | | |
| b | Less Accum. Depletion | | |
| 12 | Land (net of any Amortization) | | |
| 13 a | Intangible Assets | | |
| b | Less Accum. Amortization | | |
| 14 | Other Assets | | |
| 15 | Total Assets | 24,289,340. | 11,296. |
| | **Liabilities and Stockholders' Equity** | | |
| 16 | Accounts Payable | -21,580. | |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | |
| 18 | Other Current Liabilities | 23,729,244. | 104,805. |
| 19 | Loans from Stockholders | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | 358,625. | |
| 21 | Other Liabilities | | |
| 22 a | Capital stock-Preferred | | |
| b | Capital stock-Common | 100. | 100. |
| 23 | Additional Paid-in Capital | | |
| 24 | Retained earnings-Appropriated | | |
| 25 | Retained earnings-Unappropriated | -886,796. | |
| 26 | Adjustments to Shareholders' Equity | 1,109,747. | -93,609. |
| 27 | Less cost of Treasury Stock | | |
| 28 | Total Liabilities and Stockholders' Equity | 24,289,340. | 11,296. |

JSA
8C9095 1.000     2799HT     L073     05/12/2020     15:38:31     V18-7.19     45-2805739     STATEMENT     18

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 6 DETAIL
==========================================

SCH. L, LINE 6 - OTHER CURRENT ASSETS

| | COMBINED | | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | | ADJUSTMENTS | | 45-2805739 KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING |
| PREPAID EXPENSE | 132,539. | 41,783. | | | | | 132,539. | 41,783. |
| DEPOSITS | 16,228. | 12,297. | | | | | 16,228. | 12,297. |
| INTERCOMPANY RECEIVABLE | 21,955,022. | 23,233,723. | -21,955,021. | -23,233,723. | | | 1. | |
| OTHER CURRENT ASSETS | 875. | 4,252. | | | | | 875. | 4,252. |
| | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- |
| TOTAL | 22,104,664. | 23,292,055. | -21,955,021. | -23,233,723. | | | 149,643. | 58,332. |
| | =========== | =========== | =========== | =========== | | | =========== | =========== |

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

1120 PAGE 6 DETAIL
=============================================

SCH. L, LINE 6 - OTHER CURRENT ASSETS

|  | KNIGHTHOUSE MEDIA INC. 45-2805739 | | IDEAL MEDIA GROUP INC 46-3668071 | |
| --- | --- | --- | --- | --- |
|  | BEGINNING | ENDING | BEGINNING | ENDING |
| PREPAID EXPENSE | 132,539. | 41,783. | | |
| DEPOSITS | 16,228. | 12,297. | | |
| INTERCOMPANY RECEIVABLE | 21,946,875. | 23,222,427. | 8,147. | 11,296. |
| OTHER CURRENT ASSETS | 875. | 4,252. | | |
| TOTAL | 22,096,517. | 23,280,759. | 8,147. | 11,296. |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739

STATEMENT   20

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 6 DETAIL

45-2805739
KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

| LINE 18 - OTHER CURRENT LIABILITIES | COMBINED | | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | | ADJUSTMENTS | | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING |
| OTHER ACCRUED EXPENSES | 127,335. | 121,484. | | | | | 127,335. | 121,484. |
| DEFERRED REVENUE | 591,113. | 267,924. | | | | | 591,113. | 267,924. |
| ACCRUED PAYROLL TAX | -7,895. | NONE | | | | | -7,895. | NONE |
| DEFERRED RENT | 133,734. | 188,397. | | | | | 133,734. | 188,397. |
| FEDERAL TAX PAYABLE | 22,522. | 22,522. | | | | | 22,522. | 22,522. |
| INTERCOMPANY PAYABLE | 21,955,021. | 23,233,722. | -21,955,021. | -23,233,723. | | | | -1. |
| TOTAL | 22,821,830. | 23,834,049. | -21,955,021. | -23,233,723. | | | 866,809. | 600,326. |

2799HT        L073    05/12/2020    15:38:31    V18-7.19    45-2805739                STATEMENT    21

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                                     45-2805739

1120 PAGE 6 DETAIL
===================================

LINE 18 - OTHER CURRENT LIABILITIES

|  | KNIGHTHOUSE MEDIA INC. 45-2805739 | | IDEAL MEDIA GROUP INC 46-3668071 | |
|---|---|---|---|---|
|  | BEGINNING | ENDING | BEGINNING | ENDING |
| OTHER ACCRUED EXPENSES | 127,335. | 121,484. |  |  |
| DEFERRED REVENUE | 591,113. | 267,924. |  |  |
| ACCRUED PAYROLL TAX |  | NONE | -7,895. |  |
| DEFERRED RENT | 133,734. | 188,397. |  |  |
| FEDERAL TAX PAYABLE | 22,522. | 22,522. |  |  |
| INTERCOMPANY PAYABLE | 21,841,821. | 23,128,917. | 113,200. | 104,805. |
| TOTAL | 22,716,525. | 23,729,244. | 105,305. | 104,805. |

2799HT          L073     05/12/2020     15:38:31     V18-7.19          45-2805739

STATEMENT     22

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 6 DETAIL

45-2805739
KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

| | COMBINED | | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | | ADJUSTMENTS | | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING | BEGINNING | ENDING |
| SCH. L, LINE 26 - ADJ TO SHAREHOLDERS' EQUITY | | | | | | | | |
| EQUITY FROM FRIARS | 1,109,747. | 1,109,747. | | | | | 1,109,747. | 1,109,747. |
| TOTAL | 1,109,747. | 1,109,747. | | | | | 1,109,747. | 1,109,747. |

2799HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739                    STATEMENT    23

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY
1120 PAGE 6 DETAIL
===================================================

SCH. L, LINE 26 - ADJ TO SHAREHOLDERS' EQUITY
----------------------------------------------
EQUITY FROM FRIARS

| | KNIGHTHOUSE MEDIA INC. 45-2805739 | | IDEAL MEDIA GROUP INC 46-3668071 | |
|---|---|---|---|---|
| | BEGINNING | ENDING | BEGINNING | ENDING |
| EQUITY FROM FRIARS | 1,109,747. | 1,109,747. | | |
| TOTAL | 1,109,747. | 1,109,747. | | |

L073   05/12/2020   15:38:31   V18-7.19   45-2805739

2799HT

STATEMENT   24

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**
**Sch. M1 and M-2 Summary**

| | | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|---|
| | **Schedule M-1** | | | | |
| 1 | Net income per books | | | | |
| 2 | Federal Income Tax | | | | |
| 3 | Excess Capital Losses | | | | |
| 4 | Income Subject to Tax not on Books | | | | |
| 5 | Expenses Recorded on Books not Deducted on Return | | | | |
| | a Depreciation | | | | |
| | b Charitable Contributions | | | | |
| | c Travel and Entertainment | | | | |
| | Other | | | | |
| 6 | Total Lines 1-5 | | | | |
| 7 | Income Recorded on Books not Included on Return | | | | |
| | a Tax-exempt Interest | | | | |
| | Other | | | | |
| 8 | Deductions on Return not on Books | | | | |
| | a Depreciation | | | | |
| | b Charitable Contributions | | | | |
| | Other | | | | |
| 9 | Total Lines 7 and 8 | | | | |
| 10 | Income (Line 28, Page 1) | | | | |
| | **Schedule M-2** | | | | |
| 1 | Balance at beginning of year | -1,194,058. | | | -1,194,058. |
| 2 | Net Income per Books | 213,654. | | | 213,654. |
| 3 | Other Increases | | | | |
| 4 | Total Line 1-3 | -980,404. | | | -980,404. |
| 5 | Distributions | | | | |
| | a Cash | | | | |
| | b Stock | | | | |
| | c Property | | | | |
| 6 | Other Decreases | 1. | | | 1. |
| 7 | Total lines 5 and 6 | 1. | | | 1. |
| 8 | Balance at end of year | -980,405. | | | -980,405. |

2799HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739

JSA
8C9096 1.000

STATEMENT   25

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

**Consolidated Schedules**

**Sch. M1 and M-2 Summary**

| | KNIGHTHOUSE MEDIA INC. 45-2805739 | IDEAL MEDIA GROUP INC 46-3668071 |
|---|---|---|
| **Schedule M-1** | | |
| 1 Net Income per books | | |
| 2 Federal Income Tax | | |
| 3 Excess Capital Losses | | |
| 4 Income Subject to Tax not on Books | | |
| 5 Expenses Recorded on Books not Deducted on Return | | |
| a Depreciation | | |
| b Charitable Contributions | | |
| c Travel and Entertainment | | |
| Other | | |
| 6 Total Lines 1-5 | | |
| 7 Income Recorded on Books not Included on Return | | |
| a Tax-exempt Interest | | |
| Other | | |
| 8 Deductions on Return not on Books | | |
| a Depreciation | | |
| b Charitable Contributions | | |
| Other | | |
| 9 Total Lines 7 and 8 | | |
| 10 Income (Line 28, Page 1) | | |
| **Schedule M-2** | | |
| 1 Balance at beginning of year | -1,100,471. | -93,587. |
| 2 Net Income per Books | 213,676. | -22. |
| 3 Other Increases | | |
| 4 Total Line 1-3 | -886,795. | -93,609. |
| 5 Distributions | | |
| a Cash | | |
| b Stock | | |
| c Property | 1. | |
| 6 Other Decreases | | |
| 7 Total lines 5 and 6 | 1. | |
| 8 Balance at end of year | -886,796. | -93,609. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739
KNIGHTHOUSE MEDIA INC. ELIMINATIONS

| Consolidated Schedules Schedule M-3, Part II | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
|---|---|---|---|---|---|---|---|---|
| | COMBINED | | | | | | | |
| 1 Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 Gross foreign dividends not previously taxed | | | | | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 Gross foreign distrib. previously taxed | | | | | | | | |
| 6 Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 Minority interest for includible corp. | | | | | | | | |
| 9 Income (loss) from U.S. partnerships | | | | | | | | |
| 10 Income (loss) from foreign partnerships | | | | | | | | |
| 11 Income (loss) from other pass-through entities | | | | | | | | |
| 12 Items relating to reportable transactions | | | | | | | | |
| 13 Interest income | 110. | | | 110. | | | | |
| 14 Total accrual to cash adjustment | | | | | | | | |
| 15 Hedging transactions | | | | | | | | |
| 16 Mark-to-market income (loss) | | | | | | | | |
| 17 Cost of goods sold | 4,663,080. | 4,143. | | 4,658,937. | | | | |
| 18 Sales versus lease | | | | | | | | |
| 19 Section 481(a) adjustments | | | | | | | | |
| 20 Unearned/deferred revenue | | | | | | | | |
| 21 Income recognition from long-term contracts | | | | | | | | |
| 22 Original issue discount/imputed interest | | | | | | | | |
| 23a Income statement gain/loss on sale, exchange, or abandonment | | | | | | | | |
| 23b Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c Gross cap. losses from Sch. D, exc. pass-through ent., abandonment, worthless stock | | | | | | | | |
| 23d Net gain/loss reported on Form 4797 | | | | | | | | |
| 23e Abandonment losses | | | | | | | | |
| 23f Worthless stock losses | | | | | | | | |
| 23g Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 Capital loss limitation and carryforward used | | | | | | | | |
| 25 Other income (loss) items with differences | | | | | | | | |
| 26 Total income (loss) items | -4,662,970. | 4,143. | | -4,658,827. | | | | |
| 27 Total expense/deduction items | -370,786. | -164,423. | 10,110. | -525,099. | | | | |
| 28 Other items with no differences | 5,247,410. | | | 5,247,410. | | | | |
| 29a 1120 subgroup reconciliation totals | 213,654. | -160,280. | 10,110. | 63,484. | | | | |
| 29b PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 Reconciliation totals | 213,654. | -160,280. | 10,110. | 63,484. | | | | |

JSA
8C8042 2.000

STATEMENT 27

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                    45-2805739

**Consolidated Schedules**
**Schedule M-3, Part II**

| | Line | Description | PER INC STMT | ADJUSTMENTS TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Income (loss) from equity method foreign corp. | | | | | | | | |
| | 2 | Gross foreign dividends not previously taxed | | | | | | | | |
| | 3 | Subpart F, QEF, and similar income inclusions | | | | | | | | |
| | 4 | Gross-up for foreign taxes deemed paid | | | | | | | | |
| | 5 | Gross foreign distrib. previously taxed | | | | | | | | |
| | 6 | Income (loss) from equity method U.S. corp. | | | | | | | | |
| | 7 | U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| | 8 | Minority interest for includible corp. | | | | | | | | |
| | 9 | Income (loss) from U.S. partnerships | | | | | | | | |
| | 10 | Income (loss) from foreign partnerships | | | | | | | | |
| | 11 | Income (loss) from other pass-through entities | | | | | | | | |
| | 12 | Items relating to reportable transactions | | | | | | | | |
| | 13 | Interest income | | | | | 110. | | | 110. |
| | 14 | Total accrual to cash adjustment | | | | | | | | |
| | 15 | Hedging transactions | | | | | | | | |
| | 16 | Mark-to-market income (loss) | | | | | | | | |
| | 17 | Cost of goods sold | | | | | 4,663,080. | 4,143. | | 4,658,937. |
| | 18 | Sale versus lease | | | | | | | | |
| | 19 | Section 481(a) adjustments | | | | | | | | |
| | 20 | Unearned/deferred revenue | | | | | | | | |
| | 21 | Income recognition from long-term contracts | | | | | | | | |
| | 22 | Original issue discount/imputed interest | | | | | | | | |
| | 23a | Income statement gain/loss on sale, exchange, or abandonment | | | | | | | | |
| | 23b | Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| | 23c | Gross cap. losses from Sch. D, exc. pass-through enti., abandonment, worthless stock | | | | | | | | |
| | 23d | Net gain/loss reported on Form 4797 | | | | | | | | |
| | 23e | Abandonment losses | | | | | | | | |
| | 23f | Worthless stock losses | | | | | | | | |
| | 23g | Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| | 24 | Capital loss limitation and carryforward used | | | | | | | | |
| | 25 | Other income (loss) items with differences | | | | | | | | |
| | 26 | **Total income (loss) items** | | | | | -4,662,970. | 4,143. | | -4,658,827. |
| | 27 | **Total expense/deduction items** | | | | | -370,786. | -164,423. | 10,110. | -525,099. |
| | 28 | Other items with no differences | | | | | 5,247,410. | | | 5,247,410. |
| | 29a | 1120 subgroup reconciliation totals | | | | | 213,654. | -160,280. | 10,110. | 63,484. |
| | 29b | PC insurance subgroup reconciliation totals | | | | | | | | |
| | 29c | Life insurance subgroup reconciliation totals | | | | | | | | |
| | 30 | **Reconciliation totals** | | | | | 213,654. | -160,280. | 10,110. | 63,484. |

27991HT   L073   05/12/2020   15:38:31   V18-7.19   45-2805739                    STATEMENT   28

JSA
8C8042 2.000

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

**Consolidated Schedules**
**Schedule M-3, Part III**

| | COMBINED | | | | | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | | |
|---|---|---|---|---|---|---|---|---|
| | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
| 1 U.S. current income tax exp. | | | | | | | | |
| 2 U.S. deferred income tax exp. | | | | | | | | |
| 3 State and local current income tax exp. | 1,492. | -236. | | 1,256. | | | | |
| 4 State and local deferred income tax exp. | | | | | | | | |
| 5 Foreign current income tax exp. | | | | | | | | |
| 6 Foreign deferred income tax exp. | | | | | | | | |
| 7 Foreign withholding taxes | | | | | | | | |
| 8 Interest expense | 24,598. | | | 24,598. | | | | |
| 9 Stock option expense | | | | | | | | |
| 10 Other equity-based compensation | | | | | | | | |
| 11 Meals and entertainment | 15,527. | | -8,935. | 6,592. | | | | |
| 12 Fines and penalties | | | | | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | | | | | |
| 14 Parachute payments | | | | | | | | |
| 15 Compensation with sect. 162(m) limitation | | | | | | | | |
| 16 Pension and profit-sharing | | | | | | | | |
| 17 Other post-retirement benefits | | | | | | | | |
| 18 Deferred compensation | | | | | | | | |
| 19 Charitable contribution - cash/tangibles | | | | | | | | |
| 20 Charitable contribution - intangible | | | | | | | | |
| 21 Charitable contribution limitation/carryforward | | | | | | | | |
| 22 Domestic production activities deduction | | | | | | | | |
| 23 Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24 Current year acquisition or reorg. legal and accounting fees | | | | | | | | |
| 25 Current year acquisition/reorg. other costs | | | | | | | | |
| 26 Amortization/impairment of goodwill | | | | | | | | |
| 27 Amortization of acquisition and reorg. | | 14,476. | | 14,476. | | | | |
| 28 Other amort. or impairment write-offs | | | | | | | | |
| 30 Depletion | | | | | | | | |
| 31 Depreciation | 104,932. | -72,835. | | 32,097. | | | | |
| 32 Bad debt expense | -221,303. | 287,718. | | 66,415. | | | | |
| 33 Corporate owned life insurance premiums | | | | | | | | |
| 34 Purchase versus lease | | | | | | | | |
| 35 Research and development costs | | | | | | | | |
| 36 Section 118 exclusion | | | | | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38 Other expense/(ded. items with differ. | 445,540. | -64,700. | -1,175. | 379,665. | | | | |
| 39 **Total expense/deduction items** | 370,786. | 164,423. | -10,110. | 525,099. | | | | |

05/12/2020   15:38:31   V18-7.19   45-2805739

JSA
8C8044 3.000
2799HT       L073       2799HT

STATEMENT       29

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

45-2805739

## Consolidated Schedules
### Schedule M-3, Part III

|  | PER INC STMT | ADJUSTMENTS TEMPORARY | ADJUSTMENTS PERMANENT | PER TAX RETURN | PER INC STMT | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY TEMPORARY | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY PERMANENT | PER TAX RETURN |
|---|---|---|---|---|---|---|---|---|
| 1 U.S. current income tax exp. | | | | | | | | |
| 2 U.S. deferred income tax exp. | | | | | | | | |
| 3 State and local current income tax exp. | | | | | 1,492. | -236. | | 1,256. |
| 4 State and local deferred income tax exp. | | | | | | | | |
| 5 Foreign current income tax exp. | | | | | | | | |
| 6 Foreign deferred income tax exp. | | | | | | | | |
| 7 Foreign withholding taxes | | | | | | | | |
| 8 Interest expense | | | | | 24,598. | | | 24,598. |
| 9 Stock option expense | | | | | | | | |
| 10 Other equity-based compensation | | | | | | | | |
| 11 Meals and entertainment | | | | | 15,527. | | -8,935. | 6,592. |
| 12 Fines and penalties | | | | | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | | | | | |
| 14 Parachute payments | | | | | | | | |
| 15 Compensation with sect. 162(m) limitation | | | | | | | | |
| 16 Pension and profit-sharing | | | | | | | | |
| 17 Other post-retirement benefits | | | | | | | | |
| 18 Deferred compensation | | | | | | | | |
| 19 Charitable contribution - cash/tangibles | | | | | | | | |
| 20 Charitable contribution - intangible | | | | | | | | |
| 21 Charitable contribution limitation/carryforward | | | | | | | | |
| 22 Domestic production activities deduction | | | | | | | | |
| 23 Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24 Current year acquisition or reorg. legal and accounting fees | | | | | | | | |
| 25 Current year acquisition/reorg. other costs | | | | | | | | |
| 26 Amortization/impairment of goodwill | | | | | | | | |
| 27 Amortization of acquisition and reorg. | | | | | | 14,476. | | 14,476. |
| 28 Other amort. or impairment write-offs | | | | | | | | |
| 30 Depletion | | | | | | | | |
| 31 Depreciation | | | | | 104,932. | -72,835. | | 32,097. |
| 32 Bad debt expense | | | | | -221,303. | 287,718. | | 66,415. |
| 33 Corporate owned life insurance premiums | | | | | | | | |
| 34 Purchase versus lease | | | | | | | | |
| 35 Research and development costs | | | | | | | | |
| 36 Section 118 exclusion | | | | | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38 Other expense/(ded.) items with differ. | | | | | 445,540. | -64,700. | -1,175. | 379,665. |
| 39 Total expense/deduction items | | | | | 370,786. | 164,423. | -10,110. | 525,099. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

SCHEDULE M-3, PART III DETAIL

COMBINED

KNIGHTHOUSE MEDIA INC. ELIMINATIONS

45-2805739

| LINE 38 - OTHER EXP / DED ITEMS WITH DIFFERENCES | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
|---|---|---|---|---|---|---|---|---|
| RENT | 444,365. | -54,663. | | 389,702. | | | | |
| PREPAID MAINTENANCE EXPENSE | | -10,037. | | -10,037. | | | | |
| DUES AND SUBSCRIPTIONS | 1,175. | | -1,175. | | | | | |
| TOTAL | 445,540. | -64,700. | -1,175. | 379,665. | | | | |

2799HT          L073   05/12/2020   15:38:31   V18-7.19   45-2805739                                 STATEMENT    31

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

SCHEDULE M-3, PART III DETAIL

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                    45-2805739

| LINE 38 - OTHER EXP / DED ITEMS WITH DIFFERENCES | PER INC STMT | ADJUSTMENTS | | PER TAX RETURN |
|---|---|---|---|---|
| | | TEMPORARY | PERMANENT | |
| RENT | 444,365. | -54,663. | | 389,702. |
| PREPAID MAINTENANCE EXPENSE | | -10,037. | | -10,037. |
| DUES AND SUBSCRIPTIONS | 1,175. | | -1,175. | |
| TOTAL | 445,540. | -64,700. | -1,175. | 379,665. |

2799HT            L073      05/12/2020   15:38:31   V18-7.19    45-2805739                    STATEMENT   32

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

SCHEDULE M-3, PART III DETAIL
=====================================================

KNIGHTHOUSE MEDIA INC.

45-2805739

IDEAL MEDIA GROUP INC

46-3668071                                         45-2805739

| LINE 38 - OTHER EXP / DED ITEMS WITH DIFFERENCES | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN | PER INC STMT | TEMPORARY | PERMANENT | PER TAX RETURN |
|---|---|---|---|---|---|---|---|---|
| RENT | 444,365. | -54,663. | | 389,702. | | | | |
| PREPAID MAINTENANCE EXPENSE | | -10,037. | | -10,037. | | | | |
| DUES AND SUBSCRIPTIONS | 1,175. | | -1,175. | | | | | |
| TOTAL | 445,540. | -64,700. | -1,175. | 379,665. | | | | |

L073   05/12/2020   15:38:31   V18-7.19   45-2805739

2799HT                                          STATEMENT    33

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

**Consolidated Schedules**

**Cost of Goods Sold**

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| 1 Inventory - beginning | | | | |
| 2 Purchases | | | | |
| 3 Cost of Labor | 2,593,605. | | | 2,593,605. |
| 4 Addtl. 263A Costs | | | | |
| 5 Other Costs | 2,065,332. | | | 2,065,332. |
| 6 Total | 4,658,937. | | | 4,658,937. |
| 7 Inventory - Ending | | | | |
| 8 Cost of Goods Sold | 4,658,937. | | | 4,658,937. |

STATEMENT    34

JSA

8C9093 1.000     2799HT     L073     05/12/2020     15:38:31     V18-7.19     45-2805739

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

| | KNIGHTHOUSE MEDIA INC. | IDEAL MEDIA GROUP INC |
|---|---|---|
| | 45-2805739 | 46-3668071 |
| **Consolidated Schedules** | | |
| **Cost of Goods Sold** | | |
| 1 Inventory - beginning | | |
| 2 Purchases | | |
| 3 Cost of Labor | 2,593,605. | |
| 4 Addtl. 263A Costs | | |
| 5 Other Costs | 2,065,332. | |
| 6 Total | 4,658,937. | |
| 7 Inventory - Ending | | |
| 8 Cost of Goods Sold | 4,658,937. | |

JSA
8C9093 1.000    2799HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

FORM 1125-A DETAIL
================================================

LINE 5 - OTHER COST OF GOODS SOLD
-----------------------------------

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| EMPLOYMENT TAXES | 366,190. | | | 366,190. |
| EMPLOYEE BENEFITS | 165,977. | | | 165,977. |
| COMMISSIONS | 879,291. | | | 879,291. |
| MISCELLANEOUS | 282,675. | | | 282,675. |
| PRINTING EXPENSE | 242,090. | | | 242,090. |
| POSTAGE | 37,701. | | | 37,701. |
| REPRINT | 33,146. | | | 33,146. |
| PAPER | 54,144. | | | 54,144. |
| CUSTOM SALES EXPENSE | 4,118. | | | 4,118. |
| TOTAL | 2,065,332. | | | 2,065,332. |

27998HT    L073    05/12/2020    15:38:31    V18-7.19    45-2805739

STATEMENT    36

45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

FORM 1125-A DETAIL
==================================

KNIGHTHOUSE          IDEAL MEDIA
MEDIA INC.           GROUP INC

LINE 5 - OTHER COST OF GOODS SOLD          45-2805739          46-3668071
----------------------------------         ----------         ----------

EMPLOYMENT TAXES                              366,190.
EMPLOYEE BENEFITS                             165,977.
COMMISSIONS                                   879,291.
MISCELLANEOUS                                 282,675.
PRINTING EXPENSE                              242,090.
POSTAGE                                        37,701.
REPRINT                                        33,146.
PAPER                                          54,144.
CUSTOM SALES EXPENSE                            4,118.
                                           ------------
TOTAL                                       2,065,332.
                                           ============

2799HT          L073          05/12/2020          15:38:31          V18-7.19          45-2805739          STATEMENT          37

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


FORM 1125-E DETAIL
===============================================================================

| NAME | SOC SEC # | % BUS | % COM | % PREF | AMOUNT |
|------|-----------|-------|-------|--------|--------|

COMPENSATION OF OFFICERS
========================

KNIGHTHOUSE MEDIA INC.
---------------------------------------------

| CHRISTOPHER SCHOFIELD | | | 100.000 | | 154,440. |
|---|---|---|---|---|---|

TOTAL - COMPENSATION OF OFFICERS                                    154,440.
                                                                ------------

      COMPENSATION OF OFFICERS DEDUCTED ON TAX RETURN              154,440.
                                                                ============

# KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

## Consolidated Schedules - Form 4562
### Consolidated 4562 Summary

| | COMBINED | KNIGHTHOUSE MEDIA INC. ELIMINATIONS | ADJUSTMENTS | KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY |
|---|---|---|---|---|
| **Part I - Section 179 Expense** | | | | |
| 2  Sec 179 property placed in Service in current year | | | | |
| 6  Nonlisted property | | | | |
| 7  Listed property | | | | |
| 8  Total elected cost | | | | |
| 9  Tentative deduction | | | | |
| 10  Carryover from 2016 | | | | |
| 12  Sec 179 expense deduction | | | | |
| 13  Carryover to 2018 | | | | |
| **Part II - Other Depreciation** | | | | |
| 14  Special depreciation allowance | 7,885. | | | 7,885. |
| 15  Property subject to 168(f)(1) | | | | |
| 16  ACRS and other depreciation | 6,792. | | | 6,792. |
| **Part III - MACRS** | | | | |
| 17  MACRS deduction - prior years | 17,420. | | | 17,420. |
| 19  General Depreciation System | | | | |
| a.  3-year property | | | | |
| b.  5-year property | | | | |
| c.  7-year property | | | | |
| d.  10-year property | | | | |
| e.  15-year property | | | | |
| f.  20-year property | | | | |
| g.  25-year property | | | | |
| h.  27.5-year residential real | | | | |
| i.  39-year nonresidential real | | | | |
| 20  Alternative Depreciation System | | | | |
| a.  Class life | | | | |
| b.  12-year | | | | |
| c.  30-year | | | | |
| d.  40-year | | | | |
| **Part IV - Summary** | | | | |
| 21  Listed Property | | | | |
| **22  Total depreciation** | 32,097. | | | 32,097. |
| 42  Amortization - current year | 14,476. | | | 14,476. |
| 43  Amortization - prior year | | | | |
| **44  Total Amortization** | 14,476. | | | 14,476. |

JSA
8C9123 2.000

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY

KNIGHTHOUSE MEDIA INC.

IDEAL MEDIA GROUP INC

**Consolidated Schedules - Form 4562**

**Consolidated 4562 Summary**   45-2805739   46-3668071

**Part I - Section 179 Expense**

2   Sec 179 property placed in Service in current year

6   Nonlisted property

7   Listed property

8   Total elected cost

9   Tentative deduction

10  Carryover from 2016

12  Sec 179 expense deduction

13  Carryover to 2018

**Part II - Other Depreciation**

14  Special depreciation allowance            7,885.

15  Property subject to 168(f)(1)

16  ACRS and other depreciation               6,792.

**Part III - MACRS**

17  MACRS deduction - prior years            17,420.

19  General Depreciation System

  a.   3-year property

  b.   5-year property

  c.   7-year property

  d.   10-year property

  e.   15-year property

  f.   20-year property

  g.   25-year property

  h.   27.5-year residential real

  i.   39-year nonresidential real

20  Alternative Depreciation System

  a.   Class life

  b.   12-year

  c.   30-year

  d.   40-year

**Part IV - Summary**

21  Listed Property

**22  Total depreciation**                    32,097.

42  Amortization - current year              14,284.

43  Amortization - prior year                          192.

**44  Total Amortization**                    14,284.    192.

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                      45-2805739


FORM 7004 - AFFILIATED GROUP MEMBERS
=================================================================================================

| NAME | EMPLOYER ID | NAME | EMPLOYER ID |
| --- | --- | --- | --- |
| KNIGHTHOUSE MEDIA INC. | 45-2805739 | IDEAL MEDIA GROUP INC. | 46-3668071 |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                        45-2805739

FORM 8916-A, PART I DETAIL
========================================================================================

LINE 6 - OTHER ITEMS WITH DIFFERENCES
-------------------------------------

| DESCRIPTION | PER INCOME STMT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| KNIGHTHOUSE MEDIA INC. | | | | |
| COST OF LABOR | 2,597,748. | -4,143. | | 2,593,605. |
| SUBTOTAL | 2,597,748. | -4,143. | | 2,593,605. |
| TOTAL | 2,597,748. | -4,143. | | 2,593,605. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739

```
FORM 8916-A, PART I DETAIL
===============================================================================


LINE 7 - OTHER ITEMS WITH NO DIFFERENCES
----------------------------------------

KNIGHTHOUSE MEDIA INC.
----------------------------------------------
OTHER ITEMS WITH NO DIFFERENCES                         2,065,332.
                                                   ---------------
       SUBTOTAL                                         2,065,332.
                                                   ---------------

       TOTAL                                            2,065,332.
                                                   ===============
```

2799HT  L073  05/12/2020 15:38:31 V18-7.19F   45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                                45-2805739

FORM 8916-A, PART II DETAIL
======================================================================================================

LINE 5 - OTHER INTEREST INCOME
------------------------------

| DESCRIPTION | PER INCOME STMT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|-------------|-----------------|----------------------|----------------------|----------------|
| KNIGHTHOUSE MEDIA INC. | | | | |
| OTHER INTEREST INCOME | 110. | | | 110. |
| SUBTOTAL | 110. | | | 110. |
| TOTAL | 110. | | | 110. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                                                                45-2805739
===========================================================================================================

FORM 8916-A, PART III DETAIL
=============================

LINE 4 - OTHER INTEREST EXPENSE
-------------------------------

| DESCRIPTION | PER INCOME STMT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|-------------|-----------------|----------------------|----------------------|----------------|
| KNIGHTHOUSE MEDIA INC. | | | | |
| OTHER INTEREST EXPENSE | 24,598. | | | 24,598. |
| SUBTOTAL | 24,598. | | | 24,598. |
| TOTAL | 24,598. | | | 24,598. |

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739

CONSOLIDATED CROSSTIE INDEX
======================================================================

TAXES EXCLUDING INCOME TAXES
----------------------------

CROSSTIE CODES              DESCRIPTIONS USED IN RETURN
-------------              --------------------------

     003                    EMPLOYMENT TAXES
     004                    OTHER TAXES

STATEMENT   46

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


CONSOLIDATED CROSSTIE INDEX
========================================================================

TAXES (STATE AND LOCAL)
-----------------------


CROSSTIE CODES            DESCRIPTIONS USED IN RETURN
-------------            --------------------------

    081                  STATE INCOME TAXES

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                    45-2805739


CONSOLIDATED CROSSTIE INDEX
========================================================================

OTHER DEDUCTIONS
----------------


CROSSTIE CODES                DESCRIPTIONS USED IN RETURN
--------------                --------------------------

        002                   WEBSITE FEES
        003                   COMPUTER/IT
        004                   BANK/CREDIT FEES
        005                   RECRUITING
        006                   CLEANER/MAINTENANCE
        007                   PAYROLL PROCESS EXPENSE
        009                   CONSULTING
        011                   REFRESHMENTS
        013                   OFFICE EXPENSES
        014                   EDIT AND ART EXPENSES
        015                   EQUIPMENT RENTAL
        088                   INSURANCE
        089                   UTILITIES AND TELEPHONE
        090                   VEHICLE EXPENSE
        091                   LEGAL AND ACCOUNTING
        092                   MISCELLANEOUS EXPENSE
        094                   OFFICE SUPPLIES
        095                   POSTAGE AND SUPPLIES
        43A                   TRAVEL, MEALS AND ENTERTAINMENT
        44A                   AMORTIZATION

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739

CONSOLIDATED CROSSTIE INDEX
========================================================================

OTHER COSTS OF GOODS SOLD
-------------------------

CROSSTIE CODES                DESCRIPTIONS USED IN RETURN
--------------                --------------------------

        002                   EMPLOYMENT TAXES
        003                   EMPLOYEE BENEFITS
        004                   COMMISSIONS
        005                   MISCELLANEOUS
        007                   PRINTING EXPENSE
        008                   POSTAGE
        009                   REPRINT
        010                   PAPER
        012                   CUSTOM SALES EXPENSE

                                                    STATEMENT   49

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


CONSOLIDATED CROSSTIE INDEX
========================================================================

OTHER CURRENT ASSETS
--------------------


CROSSTIE CODES                DESCRIPTIONS USED IN RETURN
-------------                 --------------------------

        002                   PREPAID EXPENSE
        003                   DEPOSITS
        005                   INTERCOMPANY RECEIVABLE
        009                   OTHER CURRENT ASSETS

    2799HT  L073  05/12/2020 15:38:31 V18-7.19F   45-2805739

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


CONSOLIDATED CROSSTIE INDEX
========================================================================

OTHER CURRENT LIABILITIES
-------------------------


CROSSTIE CODES               DESCRIPTIONS USED IN RETURN
--------------               --------------------------

        002                  OTHER ACCRUED EXPENSES
        004                  DEFERRED REVENUE
        009                  ACCRUED PAYROLL TAX
        012                  DEFERRED RENT
        013                  FEDERAL TAX PAYABLE
        015                  INTERCOMPANY PAYABLE

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


CONSOLIDATED CROSSTIE INDEX
=======================================================================

EXPENSES ON BOOKS NOT IN RETURN
-------------------------------


CROSSTIE CODES                  DESCRIPTIONS USED IN RETURN
--------------                  --------------------------

      004                       ACCRUED VACATION EXPENSE
      006                       RENT EXPENSE
      009                       LOAN INTEREST PAID
      61B                       BAD DEBTS

KNIGHTHOUSE MEDIA INC. AND SUBSIDIARY                          45-2805739


CONSOLIDATED CROSSTIE INDEX
===============================================================================

DEDUCTIONS IN RETURN NOT ON BOOKS
---------------------------------


CROSSTIE CODES                 DESCRIPTIONS USED IN RETURN
--------------                 --------------------------

       003                     PREPAID MAINTENANCE EXPENSE
       004                     STATE TAXES
       63C                     AMORTIZATION